# Exhibit 1

| | |
|---|---|
| **From:** | Ellie Clougherty < ███████████████ > |
| **Sent:** | Wednesday, June 27, 2012 7:37 PM |
| **To:** | Joe Lonsdale < ██████████ > |
| **Subject:** | Re: just found this. |

Great! Enjoy it :) We can have some more when you visit my home. I'm excited to get ready to have you over :))

love, love, Ellie

On Wed, Jun 27, 2012 at 7:19 PM, Joe Lonsdale < ████████████ > wrote:

> Haha
>
> Confident young lady
>
> I wish i could kiss you again right now
>
> Just about to drink your wine w my cousins outside
>
> On Jun 27, 2012 9:54 PM, "Ellie Clougherty" < ██████████████ > wrote:
>> Whoa, I was a bit gutsy lol:
>>
>> October 2011:
>> Also, I would really love to see you. I saw ████████ last night (again, your name came up) and from what little I've seen/heard about you, I think we share a great deal in common, particularly related to our energy/willingness/confidence (call it whatever you'd like) to initiate change. I'm a few years behind you in actually making any waves of my own, but would find it very useful to hear about your experiences. I haven't been able to find many people who are willing to challenge the system as much as you ( ████████████ ) do and I'm very drawn this kind of energy. I realize you're very involved with all kinds of activities, but if you ever find a free lunch or dinner hour, let me know and I'll hop on my bike to meet you in a second! Ok, so I actually have a car but I figured the image would contribute somehow.. haha
>>
>> Crazy! It's cool these are the kinds of qualities we are drawn to in each other. So glad we met eventually!
>>
>> Love,
>> Ellie

# Exhibit 2

| **From:** | Joe Lonsdale < ████████████████ > |
|---|---|
| **Sent:** | Tuesday, February 14, 2012 4:10 PM |
| **To:** | Ellie Clougherty < ████████████████████ > |
| **Subject:** | Re: hey Ellie |

---

haha, Hey Ellie.  Happy Valentine's Day!

I hope you're having a wonderful week.  I'm looking forward to seeing you too.

Best,

Joe

On Tue, Feb 14, 2012 at 3:01 PM, Ellie Clougherty < ████████████████████ > wrote:
> HAPPY VALENTINES DAY JOE LONSDALE! :)
>
> I still need to take some time to digest your email (haha), but I wanted to get this out first :)
>
> It's been lovely knowing you and I hope to spend more time with you in the near future! Your kindness,
> integrity, desire to make the world a better place, and willingness/confidence to make it happen is severely
> unique and an incredible thing to witness.
>
> Much love,
> Ellie

# Exhibit 3

**From:**     Eliseclougherty <█████████████>
**Sent:**     Saturday, March 3, 2012 10:44 PM
**To:**     Joe Lonsdale <████████████>
**Subject:**  Re: btw

Hahah! Thanks so much Joe - I love getting to know you! More deets about Rome soon :) have a good night

Ellie

Sent from my iPhone

On Mar 3, 2012, at 10:30 PM, Joe Lonsdale <████████████> wrote:

> i thought this was funny, reminded me of you --
> http://programmerryangosling.tumblr.com/post/16296388901

# Exhibit 4

| | |
|---|---|
| **From:** | Eliseclougherty <​██████████████████> |
| **Sent:** | Monday, July 9, 2012 7:15 PM |
| **To:** | Joe Lonsdale <​███████████████> |
| **Subject:** | Re: hey |

---

Hey back :)

I realize I'll be talking with you soon, but I keep thinking of you as well and I love love love getting emails from you so I decided to send you one back haha

My dad is totally smart and knows the medical field inside and out. He's also an incredible teacher which means he's able to synthesize complex networks of data/information and come up with something clear. My uncle Robert is genius at that as well and I'm excited for you to meet him (mom's brother). ...My dad has also been slaving over the inefficiencies of the health care system and is motivated to change it, mostly because he believes a lot systems "just don't work." He's a strong leader at fairfax hospital, and it was really exciting for me to see how he exhibited such strong leadership skills. and integrity when he stepped into his role as chairman (not many people could see this before he had the opportunity to show them). It was really cool. He's also super into giving speeches... Lol, and might go over the top a little bit with props/video footage/music but don't tell him I said that :P

Haha, what do you need to come to terms with lovely? I really love how much you care about me and like I told ███ in Rome, the love I feel for you is deep..., and I think I secretly want to take care of you more than you do me. I want to protect and defend you. It's almost masculine in that sense, lol, but it's something I've never experienced before and it's something that is stronger than any other form of love I can think of. You make me become a selfless person and that's a quality I crave for.

.. Well, actually, there's another form of
love I think might be stronger but I'll tell you about it later. It's called the "Sacred Heart" of Jesus. Pretty cool stuff. Really special. It's why I wanted to be a nun way before I thought about wanting a family.

:) I get really happy thinking of you and even though I miss you a lot too, my mom and I just pass the time talking about you anyways so it makes you feel close :)

Talk to you soon my darling,
Ellie


Sent from my iPhone

On Jul 9, 2012, at 7:41 PM, Joe Lonsdale <​███████████████> wrote:

> i think i'm still just coming to terms with how much i like you and everything we can do together.
>
> really missing you today.  hope you had a fun time dress shopping with your mom and are enjoying yourself out there darling.

# Exhibit 5

| | |
|---|---|
| **From:** | Ellie Clougherty < ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ > |
| **Sent:** | Thursday, August 23, 2012 1:34 AM |
| **To:** | Joe Lonsdale < ▇▇▇▇▇▇▇▇▇▇ > |
| **Subject:** | Re: hey |
| **Attach:** | Hey Joe.docx |

Done!

Sweet. Well.. have fun, hahah.

Lots of love,
Ellie

On Thu, Aug 23, 2012 at 12:16 AM, Ellie Clougherty < ▇▇▇▇▇▇▇▇▇▇▇▇ > wrote:
> ;D

>> On Thu, Aug 23, 2012 at 12:13 AM, Joe Lonsdale < ▇▇▇▇▇▇▇▇▇▇ > wrote:

>>> Just going to bed

>>> Love you too goofball.

>>> On Aug 23, 2012 12:04 AM, "Ellie Clougherty" < ▇▇▇▇▇▇▇▇▇▇▇▇ > wrote:
>>>> Hey Joe!

>>>> Haha.. I'm still working on it. I didn't call, don't worry, I love you.

>>>> Ellie

>>>> On Wed, Aug 22, 2012 at 11:36 PM, Joe Lonsdale < ▇▇▇▇▇▇▇▇▇▇▇▇ > wrote:
>>>>> Ellie -- just realized my phone is not with me and have been pounding out emails, will be doing so for a bit longer and now assuming you are already asleep.  hope i didn't miss a call.

>>>>> I hope you're feeling better.

>>>>> I look fwd to figuring things out.

>>>>> Yours truly,

>>>>> Joe

**Hey Joe,**

I realize what the problem is: I still struggle with perfectionism to a certain degree. In high school and in my modeling career, being a perfectionist was rewarded and it was a skill I nearly "perfectly perfected" in my late teens. Unfortunately, that same perfectionism that I received accolades for led to the demise of my health and became so extreme that I started seeing imperfections that honestly didn't exist. I began having cognitive distortions about my body and diet to the point that I unconsciously trained myself to *believe* I was eating, when in reality, I wasn't. From my mother's perspective, she thought I was lying to her about my health, but in reality, I was physically incapable of speaking the truth, because cognitively, I was blind to it. What's interesting, however, is that I never starved myself to the point that I lost weight, nor did I do other things that would have classified me as bulimic. I still had a really strong "gut intuition" and ability to objectively observe my behavior and myself. This was instrumental to me seeking help and deciding to leave school unflinchingly to take care of my body and mind. This was also key to me not taking on my illness as part of my identity, but instead as a "black circle" (vs. a "white circle") within me that needed to be cured. It can also cure the "black circle" of our relationship that has decided to pop up these past few days… probably… probably thanks to me, or should I say, my "healing amygdala (stress response of the brain)."

This perfectionism is sometimes reflected in how I treat you because the closer and closer I let you in, the more and more I begin to treat you the same way I treat myself. Interesting, huh? Unfortunately, this may seem like a very rigorous right of passage because I still have some kinks to work out from a very exhausted "perfectionist" system that once resembled a full-blown eating disorder. If there is still a degree of perfectionism in the way I treat myself, it's easy for that behavior to transfer over to someone who I bring in my "personal sphere." My illness is reminiscent of Rome: strong, powerful, and abusive towards women. Visiting Rome today might give you a sense for what used to stand tall, but all you really see are rubbles and a shell of the former empire. The shell of my perfectionism still exists but it is crumbling; you have found me in a time of rapid healing, but healing nonetheless.

My perfectionism was enabled and developed nearly eight years ago, when I slowly began to consciously manipulate my emotions to make it easier for me to act a certain way. I was like my own "operant conditioning" trainer. Stupid, lol. When it came to dieting, this had positive results and was effective. When it comes to moral issues, relationships, and coming to terms with my own humanity, however, perfectionism is disastrous and *sinful*. Because I spent so many years abusing my emotions to feel "disgust" whenever I didn't want to do something (eat candy, sleep with boys, etc.), any small trigger to my system would set off a huge chain reaction of emotion that is acceptable to a certain degree, but beyond that threshold, begins to topple reason and temporarily distort cognition. Despite these distortions, my awareness of my behavior has always been in check, thanks to my meditative and prayerful roots. Sometimes I'm so aware in fact that this awareness often leads to further turmoil that aggravates my already aggravated system. This Mr. Lonsdale is what I call the perfect

tornado. Cute perhaps, but treacherous. I have to be patient and accepting of these rubbles, however, because if I'm not, it makes things worse.

The question for you is whether or not you can see some of my "episodes" for what they are (unhealthy scaffoldings of a former life-threatening illness) and try to accept them the same way I clinically and morally am required to. I've developed enough self-love and self-acceptance that these episodes, often triggered by something small and often aggravated by poor sleep and diet habits, as a kind of emotional "tic" because when it physically comes down to it, that's exactly what they are. These episodes may seem more complex than the twitches you have, but that's only because yours take place in a motor region of the brain while mine take place in my basal ganglia. I make reference to some of the contextual factors in the development of my illness (modeling, striving in school, overlaying emotion on behavior, etc.), but **what turned my eating disorder from a predisposition into a condition was a small bacterium called *group A beta-hemolytic streptococcal*.** I tangentially discovered I had PANDAS (Pediatric Autoimmune Neuropsychiatric Disorders Associated with Streptococcal infections) three months after leaving school when I had my tonsils removed for no other reason than they bugged me and I not had LOTS of free time. The strep bacteria that was harbored in my tonsils created an autoimmune reaction that fought so viciously, it began to damage my basal ganglia which play a huge role in the perception of physical needs (hunger, warmth, etc.), motor control, and cognitive / emotional processes which apparently includes the emotions of love and attraction (ifantastic!). Not only does this lead to perfectionism (as I call it), but it also leads to those moments when I send you "ultimatums" because the emotional strain takes such a heavy toll, I just want to get rid of the pain completely. Or when it took me so long to find a healthy sexual rhythm. These behaviors are taxing, but this isn't how I want to act, and these actions will change for the better as my brain heals. Do you start to see my motivations for being a neuroengineer and wanting to create technology that can just *show* you that my basal ganglia have been damaged? And how quickly they are healing or how much healing I have left to do? That. Would be useful. Instead the most I (or other victims like me) can do is try to explain where the edge of the "black circle" meet the "white circle" – something so clear to us because we feel it and live it, but something that can only be confusing and enigmatic to others. As I continue to recover, maybe you can ask me to help you understand where those edges are so that you don't associate this black neurological circle of a post-PANDAS disorder with *me*. Most especially, with who you will be able to finally see in the near future as my auto-immune disorder begins to fade. ..I love you, for certain, haha. ☺

http://en.wikipedia.org/wiki/PANDAS

**Let me give you a sense of what this former empire used to look like (*watchout!)*:**

*I say we take a tangent line to my Overall Healing curve at the end to get a sense for how quickly I'm recovering. Stupid, lol.*

When I decided it was a bad idea to eats sweets (STUPID, lol), I obviously didn't turn to cognition and reasoning to make that decision (the same sugar found in cake is the same sugar found in a healthy glass of orange juice), I used emotion. Better yet, I used "disgust" as an effective way to train myself away from eating sweets - super effective! When I saw the sweets, I consciously overlaid a feeling of disgust to prevent myself from eating them and eventually, that emotion stuck permanently. I did this because I wanted to succeed in the modeling world so tremendously badly. I had lots of ambition and lots of drive. This pattern got so out of control that eventually, sandwiches disgusted me, lowfat milk disgusted me, etc. etc until I only felt comfortable eating carrots, dried cherries, and cocoa power (What.. The.. Heck..). Looking at a bowl of spaghetti literally began to terrify me. When I actually *wanted to eat* I had such a strong *fear* response to the food, eating a slice of pizza with pepperoni was analogous to eating slice of pizza *with live widow spiders as toppings*. I was starving and I was tethered to death in a really strange, artificial way.

Things started happening to me that scared me. My perception of time was warped (what?); I started seeing myriads of color on white tile floors; that weird purple dot that you get too became almost permanent; open spaces with people scared me, almost like they would scare a little chipmunk; I was so cold I couldn't leave my apartment because I thought it would look weird going to the library with a comforter wrapped around me; I lost my sense of hunger; I lost my ability to smell; I stopped being able to read.. and no one had any idea. In a lot of ways, I was slowly dying. This was where I was exactly two months before we first met.

**Here's what happened two weeks before:**

When I came home, no doctor new how to treat my condition, but they did know it was serious. For several weeks we drove for hours to see the "best eating disorder specialist on the east coast!" The offices were dark and creepy. After 4 or 5 weeks went by, my mom came in to one of my sessions exasperated: "What exactly *is* the treatment? You haven't told us what to do yet! We leave these doors with no plan; I'm not sure this is effective." My doctor was male and was offended (no offense, this is just how I see it). He wanted to prove to her he knew what he was doing, but his ego was too damaged to realize I wasn't qualified for in-patient treatment. It didn't matter though, he was going to prove to us he was capable. Within a few hours, I was taken away from my parents and locked up in a nearby mental health hospital, **against my will**. There were lots of cameras and lots of locked doors. There were signs everywhere that said "keep patients out of luggage." What does that even mean. I didn't know what was happening to me, but I was immediately asked to remove my clothes for a strip search. My dad was angry, but there were two people already escorting him out of the room before he was able to take me with him. I wasn't allowed to keep my belongings.

Nor could I call my parents. They gave me a phone card but every time I tried to use it, it "wouldn't work." The first day there I wasn't allowed to eat or drink anything because I wasn't "on schedule" and the nurses were just going along with orders. I tried to tell them I just arrived and hadn't eaten or drunk anything all day, but they were uncomfortable "breaking the rules" and the *one doctor* who was in charge of treating us only came on Tuesdays, three days from now. This is when I became a libertarian. I don't like people who follow rules for rules sake without understanding the "spirit of the law." These nurses were so uncomfortable to break a procedure that was put in place to treat starving girls, that they withheld nutrients from my body more than I could have ever done on my own. *That's wrong.*

From that point on, I realized I had no control of my body - something so fundamental to my natural birthrights was taken away from me. That's one of the scariest feelings you could ever have. The hospital had complete control over what I ate, how much I ate, when I ate, when I slept, when I went to the bathroom, when I could move, who I could talk to, etc. They force-ably drew my blood two times a day, also against my will, beginning at 4am when they would come in and prick my finger while I was sleeping. I wasn't allowed to stand up or walk between meals. I was literally forced to sit in a chair from 6am until 10pm - any movement would cause concern enough that they would threaten to hold us against the floor and use a mild tranquilizer. I saw this happen to a girl once. She was young, in a wheelchair, and never spoke, but one morning she started crying and slowly stood up. That was it. She was removed from our center and taken somewhere. One of the nurses thought it was exciting.

Everyone thought we wanted to starve ourselves. Like we were crazy or something. Or maybe just self-conceited ridiculous drama queens. Either way, their tone was always judgmental and disapproving. Like we personally offended them and were just "bad" people. I didn't like that. That didn't make sense.

Some of the girls and I would stage fake scenes to distract the nurses and get access to the telephone. I would always try to call my mom but might have only gotten 5 minutes in on a good stage. Every time I could reach her she would repeat: "Ellie! Don't sign any more forms! We can help you if we can get you out of there! Don't sign any more forms." That's all she would say. By the second day, the doctors began to convince me I was incapable of surviving in the outside world and that my parents were a corrupting influence. I started to believe them and signed at least two more forms that kept me locked up for nearly a week. This terrified my parents the most. Brainwashing is easy when you find someone who not only knows something is physically wrong with them, but is uncertain about their mental capacities and begins to doubt the very part of them that makes them human and gives them a voice. That's how it happens. I knew not to take any of their psychiatric medicine (that they forced the minors to take), but I didn't trust my own thoughts about the hospital since the "one respected doctor" told me my disorder was a cognitive disorder as much as it was a physical one. I started to believe her and I started to loose myself...

One afternoon, we were watching the news about a young beautiful, Asian designer who was brutally killed by her boyfriend in upstate NY (the TV was the only source of sounds and motion in the whole room; it was a weird juxtaposition and very jarring). When her image came on the screen, I quietly made a little gasp and said aloud, "I know her." The girl next to me immediately got weird and moved away. Suddenly I was so crushingly scared about the *weird thing* I just said I was convinced they'd keep me locked up forever. I had officially gone crazy.

But then I became aware. I also became really close to God. I never felt closer to God actually.

The final day I was required to stay, I had to play every possible card I could to get out of there. I answered all their questions exactly as they wanted them to hear. I was complacent and thankful, praising them for their wisdom of the disorder and for wanting to help me. Some of the other girls started to see what I was doing. It was a quiet revolution and some of them were so shocked by it they literally began to cry knowing they didn't have the same strength to play the system as I did. It was like I had an invisible power force that just shocked their systems. Outside the front door of the complex, my mom packed bricks in the car in case she needed to rescue me with force. My father had the head of the psychiatry department at his hospital personally call my "doctor" to ask me to be released. The hospital said they would comply as long as my blood test came back clear. I waited.

When all my stats looked good, I was exhilarated (my test never came back anything but healthy the entire week), but I still played it cool so as not to disturb the "tranquilizer ladies." My doctor (who was more bulimic than any of us ever were) gave me the biggest cold shoulder on my procession out and acted more like a mean-girl than anyone I had ever met in high school. That woman seriously needs to go. She is *hurting* girls.

When I finally made it back with my family, we were silent until we drove off the campgrounds. Freaky gray buildings. Hate that place. The radio was on and the broadcaster was talking about that one murder story of the Asian designer in upstate NY. My dad coolly turned back and said, "I don't know if they let you read newspapers in there, Ellie, but this girl was the daughter of a man I work with. You met her at a Christmas party a few years back." WHAT!!

I'm not even kidding. That happened. LOL. Unbelievable! From that moment on, I've never felt more vindicated in who I was or what I stood for; I became thoroughly confident in the power of awareness and sanctity of intelligence. It was a tremendous gift.

~

It's one thing if this whole process was under the guise that I willingly gave myself over for treatment and that I believed that what they were doing was helping me. But since this was completely against my will, abrupt, and without the support of my parents, every move they made was seen as an attack against my free will and an injustice. I understand John Locke much more now. I understand revolutions and the spirit in which this country was given birth. It's sad for me to have seen Virginia State Law legislate something so far away from the reason we have a Virginian state government in the first place. It's sad for me to see this country head in such a dangerous direction, blindly and with the conviction that they are helping. It's interesting though because I see *how* things like this happen: **innocently**.

That's the craziest part! People actually think they are doing the right thing! The nurses thought that by following protocol they were helping attack my "abnormal hunger cycles"! The paradox of right *vs.* wrong / good vs. evil doesn't cross your mind when you believe you are doing the right thing! How can it? It's rare for someone to thoroughly understand that a behavior is "bad", hurtful, or damaging and go ahead with it! Most of the time, sinners sin without actually knowing it's wrong! This is why there is so much turmoil in the world; we have a millions of people fighting in a way creates harm, but with the conviction that they are moral and justified! Blindly following protocol, allowing initial emotions to dictate behavior, and undervaluing critical analysis are all *dangerous*. It's everywhere and in this sense, morality is a matter of knowledge. This is also why self-forgiveness plays a huge role in our daily lives: we shouldn't immediately blame ourselves for sin, as our Attachment Book spoke about in Chapter 1 because this never really gets at the route of the problem – what were my environmental influences that lead me to this point?

This is why I don't expose myself to certain kinds of music, art, and television that eventually conditions me to accept a certain behavior is "good." It's my responsibility to protect myself from harmful influences and "cut off whatever leads me to sin." Obviously it seems extreme to cut off *all* potential influences of this sort, but people who do that are really only afraid. It's important to never respond to fear, but to only love: I love myself (and my future family) enough to not expose myself to certain kinds of media (or heck, even people) that lead me to sin, but fear would only to take me to extreme lengths that don't seem effective.  This is why I want to proceed cautiously when it comes to exposure of pornography in my life and home - I don't want my future sons (or current boyfriend) to be even slightly conditioned to objectify women or view their sex drive as anything else than a beautiful way to bond with a love and establish a family based on that love. And obviously there are all sort of nuances in the severity of this kind of behavior (I walked around half naked at photoshoots all the time), it's never been the *severity* but the *direction* of the behavior that is something we need to be aware of and protect ourselves from. Me being overly emotional about it all *is a problem*! It's a form of rumination (and probably fear) that I'll discuss below and a "direction" I am working to change my course in. I am right to express concern about the direction that looking at those magazines and websites (and computer generated graphics and sounds whatever) will take my family in, but being unable to see the true context of situation (as I spoke about above) is another form of danger and another form of sin! It's really good/important I can recognize this, however, because awareness is the first form of

intelligence, and the first step in the direction of change. Again, think about the rubble, it's still hanging around a bit, but it's ready to be knocked down.

This is also why I have a problem with our civic justice system. It's based on the premise that people willingly commit crimes knowing they are wrong, they should be punished for it, and this is the form of justice. Perhaps they are aware they will be punished, but there are always a million and one circumstances that lead them to this behavior. They may even feel vindicated, and not only feel but *be*, to break a law because they have some greater awareness of how it's impacting society! All these actions are things we can *listen* to. I was amazed by how much better of a *listener* I became after the hospital (perhaps you disagree haha but I hope not). Listening is not judging. Listen is allowing yourself to think, "this person's behavior is exactly what I would expect given their background." Problem is, we see the behavior, but the background is usually unknown. This is why context is so important. And nearly all the time, we judge others' actions in the wrong context. I actually don't see judgment ever taking a role in bringing about justice. Only discernment. And there's an important difference here. *A crucially importance difference.* People aren't labeled by their faults or their mistakes, those mistakes aren't part of who they are and judging them that way doesn't speak to who they really are. Discerning which cobblestones leads people down a harmful/self-destructive path is a moral instinct we should all strive to develop. *

In the past year, I've started to believe that intelligence and wisdom are actually *holy*. This is why I call the Catholic Church "genius." And by Catholic Church I mean all the collective moral values that you see in Judaism, Buddhism, Islam, etc. I just think they are profoundly captured by Christ and the Resurrection. When Christ died he said, "Forgive them father, they *know not what they do*."  Disrespect of individual rights and dehumanization are so dangerous and so immoral, but they often only occur at the hands of people (myself included) who honestly just don't realize what they are doing.** The VA State law that forced me to stay in the hospital dehumanized me by only seeing me for my illness. But you can see where they were coming from: they wanted to help save lives by forcing patients to eat! It's as simple as that! The *wrongdoing* came from the fact that I was more than just an illness – I had a strong family who supported me, I didn't suffer from an illness that had reached the severity level their treatment plan adopted, I never agreed to enter treatment willingly, ...I understood their motive and was on their side as far as taking my health seriously. They missed all of this and as a consequence, I had a profoundly life-changing experience... and perhaps a huge opportunity to sue, but we can talk about why I chose not to (~I knew their intentions was not to cause me harm and I saw every step of the way where they were mislead. I think there is opportunity for me to take some kind of action, but I'm not sure our legal system is set up in a way that will actually help them realize their mistakes~).

*This belief of mine is probably the reason why I may say things to you that sound like I'm "attacking" you, or "pointing out your flaws," or "getting you in trouble," but really, I'm just trying to learn more about you and environment you're currently in. I'll try to be more sensitive to this, but, it's so easy for me to be able to critically acknowledge and assess my own faults (because I don't consider them part of my identity, but instead, something to work with to be better), they often forget other people may struggle with this more. Haha, ironically, me ever mentioning a "fault" in you is actually that ultimate for of acceptance and non-judgment. I'm only seeking to learn about you and the context of your behavior so I can discern how best to interact with you.

08/23/2012_Hey Joe.docx

\*\*I wrote a paper on this, perhaps you should read it sometime. It's based on this:
http://www.vatican.va/holy_father/john_paul_ii/encyclicals/documents/hf_jp-ii_enc_25031995_evangelium-vitae_en.html

**This ability of discernment is something I see so profoundly developed in you more than anyone else I have ever met.**
All the signs you see for the "decline of civilizations" and the "demise of companies"… modern art (lol), people following rules for the sake of rules, misaligned incentives, etc.… is a really unique gift. You have an *incredible* ability to discern overall "positive directions" and it's lead to the success of your companies, investments, and probably personal life. Lol, well, this week has made me nervous about that, but I know I'll just have to accept whatever comes from it without wallowing that I messed up so much because somewhere along the way, I took a wrong step (for whatever reason… maybe I still have some emotional turbulence from the past year and a half, maybe the brain region that controls my relationship to sexuality is still raw and hyper-sensitive, maybe I don't have enough knowledge about who you are and what you temperament is to stuff like this, maybe this letter is too damn long haha). Some people claim this talent of yours is a skill brought on by "experience", "luck", or maybe even a "desire for wealth," but I've only ever seen it as an incredibly holy gift from God. A holy gift and a gift of intelligence. Your ability to discern is what attracted me to you; your ability to discern is the reason I'm in love with you; your ability to discern is the reason I didn't even want to kiss you that first night because I was so interested in learning from you. Education, in this sense, is a form of morality. I feel closer to God when I'm with you and I'm amazed by your openness to discovering the insights of other people and other viewpoints. Joe, that *does it* for me as far as "being Catholic" goes. You're hella Catholic with an ability like that; better than me I think. I've only ever mentioned Catholicism before because the core teaching of the Church speaks directly to this core ability you've had since birth… to understand people and humanity and to discern. It's like wanting to introduce two people who have so much in common, you'd think they already know each other or something. Joe, meet Jesus; Jesus, I take it you've head of Joe and been with him every step of the way. Hah. Catholicism is all about "God becoming a *man*." You can't come **UP** with a better paradigm for morality. Our morality is inherit in our humanness and through our humanness, combined with a whole lot of self-forgiveness and trust in God, we become Holy. I think that's awesome and I think that's genius and I think that doesn't just mean we become Holy after we die, but we become Holy in our daily lives every time we find new ways to discern a truly just path. I see you as one of my paths, and I would only hope you see me as yours, but if not, you deserve to take a step along the right path that leads you to this same holiness. This is all we're really asked to do in this life.

I think the Church as an Institute has hit a major trough in it's own ability to "discern" and I totally understand why you and your dad couldn't imagine supporting it. From the outside looking in, it's definitely not pretty and I would never expect you or want you to ignore that. From the inside looking out, however, there is so much Good News to be spread I just feel like it doesn't matter what the state of the institution is now, .. there are so many people we can help with the knowledge we have now!! Sometimes when these big topics come up between us, I don't really say much lol only because it seems there's so much to say, but, I really always understand where you're coming and quite frankly, I always end up agreeing with you. I definitely think you'd be an amazing spiritual leader by nature of who you are as a person and *that's beyond enough* for me.

I'm sorry you ever thought I didn't think you were "Catholic enough" – I heard you say that a couple times and I was just thinking.. "Ohhh jeeez" haha. I was a little sad you ever thought that in the first place… I want you to always feel like I'm so beyond Team Joe it's unbelievable. I *accept you* thoroughly and don't wish you were anything different from who you are now, or that you behave differently if that isn't true to who you are. Figuring out ways to build a life of discernment together is an ongoing process and I may throw ideas out there on how we might do that best, but they are only just ideas and I may be wrong but this is all completely separate from thinking you're "not _X_ enough."

My unfortunate and hopefully-gone-soon perfectionism makes it harder for me to accept my own humanity and I continuously strive to *be* a better person all the way to the point that it's *too much*. You have a much better sense for what's an appropriate "tolerance level" with this kind of thing and this is another skill I crave to learn from you. I'm like a kindergartener when it comes to this. Maybe you can have more patience with me? I get really sad knowing this is something I fail at relative to other strengths, but I crave to get better. …What sucks is that I think I'm even a perfectionist at not wanting to be a perfectionist that when I see it happen, I get so frustrated, I start sending you all these little frustrated texts out of the blue and you must just be like "This girl. Is crazy." But it's really just me hating being a perfectionist because for the first time, I *not being rewarded for it* but instead *it's messing up something in my life that is way more important to me than any career, hobby, anything (…YOU)!* I'm so keenly aware of this since I've been with you. I've always said that I want to be with someone who makes me a better person. That's the number one thing I look for. You're the first person I've met who gives me something to fight for and who pushes me to be way better than I could have ever been in a culture that (misleadingly…dare I say immorally) supports perfectionism. That's pretty powerful. But it's important that I have something to offer in return and it's important that my insufficiencies don't swallow the relationship whole. I think sometimes I become aware of this, and even get excited when I realize what's going on and how I can be a better person, and I start sending you little "positive messages" that are confusing. I'll look back and kind of think, "I see what's going on here..good! Ok, I think we can move on now" ..LOL.. but I forget that this is probably impossible for you to process without any hints as to what has happened (this evening I started feeling better but then I spoke with you, I realize you're are probably back at the "The girl. Is crazy" stage.. lol, oh no).

All of these things that cause concern are part of my residual basal ganglia damage and I see so clearly. Maybe it'd be cool for me to show you my brain model one day so we can talk about all the regions that were hurt, how they connect to one another, and how that manifests itself in either an overly strong emotion or some degree of inattentiveness that prevents me from seeing the context of your life fully – your intentions and your actions. I really want to get better, but I've already made so many strides. You see how I eat. Sometimes I forget, but at least when I'm exposed to the food, I consume it appropriately. Not too long ago, it would take me up to 5 hours to consumer a single bowl of pasta for dinner, with much crying involved. I couldn't walk normally because my motor movement were inhibited and I couldn't establish and type of routine or habit in my daily life. I can function so much better now…  I think all I'll need to do it try to stay much more mindful when a wave starts to hit me, and, it's important you let me know when you see something begin to happen

because just like I'm unaware at times that I've eaten, I may also be unaware that an emotional tsunami has hit. But then again, it might be obvious. I think it's going to be good that you see me be able to improve.

Sometimes I think it would have been so much better had you met me a year from now, when I'm fully healed and healthy enough to be in a relationship – I'm totally *just barely there* and it's taken me a while to even let myself start dating. But, on the other hand, maybe it's a good thing you get to learn about my deepest struggles. Maybe, we might share some actually. Maybe this could be a good learning process for you as well. But, that's up to you.

~

Just like I agree with you about the church, I agree with your response to everything that's happened these past two days. I think it's all reasonable, I see where you're coming from, and I'd probably respond to someone like me the same way you have without the additional knowledge of where my background has lead me.

This is an apology, but it isn't a desperate apology. This is me being mindful of my strengths and limitations. This is me conceding my weaknesses and discovering new morals from my failures. I am both enlightened and ignorant, but I'm not afraid because I have the desire to learn and to help our relationship be enlightened.

**Your turn.**

# Exhibit 6

Hey sweetheart ☺

Do you recognize this card? It's from Seoul. I can't believe you brought me to Asia!!! Actually, & apparently I could because I thought we'd go when I first met you, haha, but who knows why I'd think that so early on; good intuition I suppose. I love you so much and I feel like everytime we go somewhere overseas, you learn about a new side /dimension of me, my handwriting is bad bc. my hand is shaking! ☺ You always pass whatever these tests are w/ flying colors tho. + I always respond by saying I want to learn more about you too to love you deeper in return for the way you love me. You are a really special man.

I love how much you trust me to bring me to all your meetings bc I literally couldn't imagine a more awesome thing I'd rather do!

I live for that + it's cool we have so many similar passions and motivations. I really love you. Thank you for coming to see me for my bday + I'm so overwhelmed by your openness to let me into your life, I think the challenges I may present now will pay off tremendously in the long run + I hope you can see that too. If anything this phase will make me more receptive to obstacles we may face together in the future. I feel like we should thank God every day we have together.

Love,
Ellie C.

# Exhibit 7

**From:**      Ellie Clougherty ███████████████████████

**Sent:**      Wednesday, September 26, 2012 1:11 PM

**To:**        Joe Lonsdale   ███████████████████

**Subject:**   Re: hi my love

---

Hey Joe!! :))

I'm so glad you're aware of all these thoughts because they have each been something I've thought about *a LOT* - and for a little while I was scared you didn't see them, but now that I know you do, I feel much better because I have infinite sympathy and patience when it comes to letting people help themselves figure things out and handle their unique set of issues and pressures - to me this email was one of the most mindful things I've see you do. It's nice to think also that you were already aware of these things before you shared them with me.

I especially like the point you make about being able to carry out your missions without needing pride or selfishness to get in the way. Being able to accomplish what I desire without compromising my morals a tenet I live by and it shapes everything I do - I always seek the impossible answer of maximizing all possible factors in a given situation (my desires, my school's desires, my parent's desires, my time constraints, etc) in some super cool strategic way. A lot of times people think there are certain tradeoffs that are impossible, but in my opinion, there's a very unique kind of intelligence can make it so you never actually have to sacrifice what's really important. In fact, the only real thing I get frustrated about is when people don't realize this and go along making sacrifices for some kind of future redemption.

I apply this strategic thinking in almost every community I'm part of and I like the flexibility to be to make things better for other people than what they originally came up with as a solution... some simple examples of this are going thru TJ with a full time job and somehow legally (?) missing a HUGE amount of public school while getting straight As and a Stanford acceptance letter... lol, and the flexibility to take exams on a schedule that works perfectly for me but is unobtrusive to my teachers. Designing my own major... to be exactly what I wanted it to be while still satisfying the Engineering Department's desires for their students... like... I do this all the time. SO MUCH. I've mentioned these examples a lot tho. It's a matter of "frame shifting," in management science terms, haha, seeing things on a new level / dimension that most other people didn't think to incorporate. This is also a way I find Christ and discover new ways of engaging with my faith and learning about the fantastic (and like I always say "genius") mysteries of life. You mention you have a deep, innate understanding of humanity; I think I do too but more on the human-spirit plane if that makes sense. Lol, if that "dimension" of connecting with humanity makes sense :P

I know you can do this strategizing too. And sometimes I even come up with ways you can do this better, lol, even ways that you can interact with your girlfriend better that satisfies what you want to achieve without freaking her out or making her stressed. We should talk about this, haha. Like, even if you don't know if you're capable of controlling your pride or putting yourself first as much as you want to... just *saying* that you might would make things way easier and give me a lot of hope, haha. Stuff like that. Even if I know what you are or aren't capable of. Letting me know that you *desire* to respect me, my fears, whatever, even if you can't whatsoever, would make me the happiest person in the world. You've done that recently and it makes me feel really happy and want to love you more (if that's possible :P).

... hmm, sometimes I actually get a little concerned about how well I can do this strategizing. Sometimes, I think I do it so well, it actually becomes subconscious and I'll start to act a certain way that's strategizing to some end that I'm not even aware of. Lol, and then other times, I'll look back and sit down with my friends, and just be like "Yo. Did you see what I did there?" and they tell me I'm a living fiction novel. But not by chance - I'm aware of who's driving this fiction in my life and it's not random happenstance, it's *me*. I'm the author. I'm starting to get the confidence that I can actually bring about almost any outcome I seek.. in any circumstance. And I don't think this is one of those "over-confident personality types brought on blindly by success" like you see budding entrepreneurs develop and fall victim to. I started feeling this confidence at a time in my life when I

was failing, HARD. And I don't seek things that are impossible, because I'm aware of what's impossible, a little like Elon Musk talks about in his CBS interviews, haha. But, I seek out things that are so close to being impossible, to most people, the fine line between this is invisible. But it's a fine line I capitalize on. And it's important I have the right kinds of motivations and morals driving this strategic thinking because it think it's very powerful. Because of this, I spend the majority of my day and night talking to God, asking for his guidance, and the gift of knowledge (altho.. you've already helped with that -.-)

I have another example here, but I don't like it as much as the first two in the last paragraph, haha, because I think the only thing driving me was self-protection, which can be good, but not always. When we got back from Asia and I started to push you away pretty hard core and abruptly, I think my subconscious-strategizing mind was trying to create a buffer between us, a pretty wide one but not wide enough that we stopped talking, because I started to not trust that you could take care of me and that really scared me. It made me not want to look for you as a source of help, which is often what happens when you're dating someone. But, I don't actually feel like I need to be taken care of, which was the confusing part to me. I think it was just by nature of the trip, I had such limited control over our schedule/access to food and sleep, etc. and there's still a part of my brain that is heightendly sensitive to this. But it's my responsibility anyways, not yours, I just started to freak out that if I were to be with you in the long term, your drive/commendable mission/sometimes pride would make it so you would demand a more dominant control of our schedule and I wouldn't have the ability to take care of myself the way I would need to, on a simply basic level (eating, sleeping, etc.). (I was more aware of this whole "long term" business because your  bday which was coming up and I had no idea where you stood on proposing nor how I felt about it but I didn't know how to bring it up even tho I wanted to.. also stressful. Haha, "also stressful"). But this is where I wasn't mindful, because I let my thoughts about the future and all the "what if" scenarios affect how I was feeling in the present. I think this whole eating/lifestyle business shouldn't have been such a big issue, but it only became one again because we are so similar and sometimes my "go-getter" attitude / excitement for being with you and  wanting to help you building/creating things gets in the way that necessary "slow and steady" mindset that I have to actively think about to maintain healthy habits. Which in some ways, is kind of cute, lol, but, just not when I freak out. I know if I just play the role of the "content housewife" it might seem like these issues would never come up, but my desire to create so greatly surpasses my desire for peace of mind that I would go crazy if I were asked to give up my desire to contribute to the world. But I still believe the best way to contribute is to raise great kids with strong morals and tolerance for all people. I think I'm just still trying to figure out the right kind of "flow," but I think that's what every woman struggles with at this time in our society when finding additional ways to contribute can be more challenging than we are raised to believe. The best thing a man can do is to make his partner feel like she has choices without be afraid she's going to make any detrimental ones because deep down, women are defenders of children more than anything and I don't think that drive could ever be diminished... unless something was like, still fundamentally wrong with how she viewed herself or desired to be accepted. Luckily, I think I worked out all those issues when I was 20. That's pretty cool.

..Nothing would bring me greater peace that knowing that you and I could do the things we wanted to without ever sacrificing (or even just forgetting) our desire to respect our bodies and our health. This is a very basic Jewish principle that I learned from my high school friends - God gave us our bodies almost as a "loan;" if we aren't paying interest, we should at least take care of them. I think the way we care for ourselves will be reflected in how we take care of each other and our children, so, caring for "the self" is the best way to care for others.

My only goal this year is to be aware of when my thoughts turn to the future (which happens a lot with all my "strategizing' heh), and to stay mindful of the present and the reality of any thoughts or fears that might cross my mind as I start to brainstorm the next chapter in this book I'm writing. Because even tho I consider myself the author, I'm really not, God is, and I think it offends Him when I let fear consume my trust in Him.

I love you so soo much and think you're the perfect combination of cute and handsome which came from a movie somewhere unfortunately haha but it's true. I love how self-reflective you are and from the first day I met you, it was your openness more than anything that drew me near you.

Love,
Ellie


On Wed, Sep 26, 2012 at 9:35 AM, Joe Lonsdale ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Dear Ellie,

I have not gotten quite as much time for contemplation as I planned but I did get a lot more sleep than I planned, I guess I'd somehow built up a debt again =). Like 10 hours almost.

I wanted to write and thank you for being such a positive force in my life, full of love and support and excitement and beauty. You inspire me to be better all the time. I was looking at pictures of us with the shotguns from shooting at the Greenbrier and thinking about that trip, and the one you texted again where I was holding you up on the dance floor with the smoke, and also one from Kauai. We've gotten to share some very special things this year.

However at the same time I have been sprinting really hard on a lot of things and have not always been as available as I should be. I am sorry I have not been there more. Also my energy is a little bit too obsessed in a way that is not necessarily always pleasing for those around me and I am sorry for that. Thank you for putting up with me.

I realized this a little last night when I lit a candle for my mother because I am told it's also her yarzheit of her death on the Jewish calendar (changes each year b/c she died on a leap month I guess, which they have in that calendar), and it was good to think about her. But often I would try to meditate on her but keep getting stupid business or network ideas popping into my head. Which was extremely offensive to me. Like I would start to think about her and I'd belike "oh man I owe ▮▮▮▮▮ an email or the mideast schedule will be screwed up." and then i'd be annoyed and try to focus again, and then think "wow ▮▮▮ s having a baby ... I just found out, I should send ▮▮▮▮ flowers." and stuff like that. I think I need to work harder on being mindful and I hope to do that and really appreciate your help with that. Hopefully we can spend some time on it soon.

I also want to do better to respect your fears about the future and not just gloss over them. I honestly really want to see you happy and inspired, and would be horrified to ever see you trapped or unhappy. I think in general you are very good at being happy in the present and I want to be more helpful to your plans and spend more time on them with you and I am sorry I have been a bit selfish in how much I am wrapped up in my own mission this year and not more giving and helping to you as I could be.

Also I will try to slow down a little bit and make sure you know the plans and are okay with them. It is very hard for me to be more flexible during a time like this but every once in awhile I should be able to cancel things or more things around for you too, especially if it's for something that means a lot to you so I will work on that and please let me know when important things come up so I can do better and be less selfish about my own schedule.

Also I am sorry if my pride causes me to make mistakes as I know it does sometimes. I am very fallible and an permanently human. I will try to remember that better and make sure I'm not thinking with my pride and am also giving of myself first and putting others ahead of me which I think I can still do along with my mission more.

Anyway I miss you a lot. Hope to see you soon.

Love,

Joe

# Exhibit 8

**From:**      Ellie Clougherty ███████████████████
**Sent:**      Wednesday, October 3, 2012 10:50 AM
**To:**        Joe Lonsdale ██████████████
**Subject:**   Re: Hi beauty

---

Love you sweetheart, can't wait to see you again :)

Ellie

On Wed, Oct 3, 2012 at 9:00 AM, Joe Lonsdale ██████████████████ wrote:

> I understand darling
>
> See you soon :)
>
> On Oct 3, 2012 8:27 AM, "Ellie Clougherty" ██████████████████ wrote:
>> Hey Joe, I love you :)
>>
>> Sorry.. I'm still a little frustrated with how things ended with my on-and-off boyfriend of 3 years so when you mention your ex it just reminds me of him and the confusion/frustration/conflicting feelings surrounding him. I know I seem ridiculous when I have such a strong response to your comments, but this is really where they come from. He mastered how to manipulate my feelings so I'd think of him (usually in a negative light) so I'm sorry you ever have to see glimpses of that.
>>
>> You're a lot stronger than me in that respect so I shouldn't be afraid she's doing that to you too, I just thought maybe that was happening with all the phone calls/rough emails, but, that was probably her way of dealing with things, completely separate from how he dealt with them. I've always admired how you handled everything by respecting her and not wanting to cut someone out who you've shared a lot of good times with.
>>
>> ...My room has been showered with gifts from you. You are such a lovely man. I am so lucky to be with someone who cares about me so much. Thank you, Joe :)
>>
>> Love,
>> Ellie
>>
>>
>> On Wed, Oct 3, 2012 at 8:16 AM, Joe Lonsdale ██████████████████ wrote:
>>> Love you.  Hope you have a good morning
>>>
>>> Thanks for being so wonderful

# Exhibit 9

**From:**     Ellie Clougherty ████████████████████████

**Sent:**     Tuesday, October 9, 2012 10:50 PM

**To:**       Joe Lonsdale ███████████████████

**Subject:**  You got this

---

Hey Sweetheart,

I love you so much and when I miss you now it's actually almost painful (never felt that way before). I think this is a sign I've gone from really liking / respecting you, to really loving you.

I hope today turns out alright and I'm sure everyone in ██████████ is mostly just excited you came all the way out to see them. I'll be saying some prayers for you; you're on a sprint, but it's still an incredible thing be able to see and experience such new lands :)

I'll be thinking of you (mostly in my dreams I suppose, haha) and am wishing you all the love and care in the world. Maybe God can send over an extra guardian angel from me :)

Love,
Ellie

# Exhibit 10

**From:**     Ellie Clougherty <span style="background:black">████████████</span>
**Sent:**     Friday, November 2, 2012 10:26 AM
**To:**     Joe Lonsdale <span style="background:black">█████████████</span>
**Subject:**     Re: rose garden and pergola

---

Btw I was looking up more "Old Testament" boys names to learn more about your heritage..

Lol, there was a list of 10 or so and here's half of them: Amos, Enoch, Ephraim, Gideon (lol), Mordecai

And I'm thinking.. NOoooo.....haha

So I look up "New Testament Boys Names" and get: Bartholomew, Cornelius, and Silas (..Barth, yikes hah)

Off to the anagram machine!



On Fri, Nov 2, 2012 at 10:16 AM, Joe Lonsdale <span style="background:black">████████████</span> wrote:
haha you are a naughty girl

On Fri, Nov 2, 2012 at 12:30 AM, Ellie Clougherty <span style="background:black">█████████████</span> wrote:
Super, super, cool.

Love the roses. Thanks for watering mine!

....... You know. Heh. Sweet dreams love!

On Fri, Nov 2, 2012 at 12:29 AM, Joe Lonsdale <span style="background:black">████████████</span> wrote:
more from kykuit.  intrigued by that place

gnight

# Exhibit 11

**From:**       Ellie Clougherty ████████████████████████████
**Sent:**       Monday, November 26, 2012 7:50 PM
**To:**         Joe Lonsdale ████████████████████
**Subject:**    Re: q
**Attach:**     IMG_2061.jpg

---

That's a REALLY interesting question, because my first answer is yes, but when I think about it, when I was in the Dominican Republic, the Christian group I was with would huddle around people and get them to proclaim their love of Christ and then say "Yay! We saved 15 people today" (which seems wayy more "mysterious" to me than anything I've seen in a Catholic mass haha. It's a little bizarre how they don't like certain Catholic practices that really just give you the opportunity you think a little more, and then go off and embrace all these other ideas that seem even more difficult to grasp. It's just a little ironic... But the world tends to be ironic.). It's as though by removing the sacraments from faith, their desire to learn more / embrace God and hard, abstract concepts manifested itself in behaviors that are less effective (/efficient) at leading them to the heart Christ. But, this is actually a pretty moot point mostly because these differences are relatively small compared to the shared overall love of God and scripture readings (yet they not insignificant imo).

I suppose it's how you define "mysterious." For me, "the mystery of my Catholic faith" lies in this kind of openness to learning and placing trust in God to work through me in "mysterious, unforeseen" ways. This is a patient, accepting, and unoffensive kind of mystery. It isn't as "magical or mystic (in a fantasy kind of way)" as other faiths tend to adopt when they claim to be a "religion." When "applied," trusting in these Catholic mysteries tends to have positive, beneficial impacts on overall well-being. That's always a good sign. Haha, or a least a sign that what initially appears "mysterious," is actually *real*, just locked away in an abstract form that's difficult to initially understand. My friend ████████████ studies faith practices in great depth and says there's actually a kind of bell-curve when it comes to faith (as with everything). For example, taking fasting too seriously when you're in failing health can bring on an eating disorder or other kinds of adverse conditions. Fasting in normal amounts can remind you of the virtue of self-sacrifice. Believing that prayer alone will cure you from breast cancer may prevent you from seeking medical treatment, but having the support of family and friends + knowing you have a community might reduce stress which can help your immune system fight back. Overall, practicing Catholicism is incredibly beneficial to cognition, stress levels, happiness, performance, etc. Other religious practices are beneficial as well but, the point here is that it's okay to critically analyze what it means to be "Catholic," "Jewish," "Muslim," etc. In fact, I love exploring this, which is why I've been to all sort of religious gatherings .... sometimes it's suuuper easy to discern what practices have overall positive/negative impacts (I have so many examples, and I think you do to, but we can talk more about that later).

I remember once in 6th grade, my brothers asked me how I was able to ace (literally) every single one of my exams across all subjects for a whole year. This was a unique year, haha. I was like... 'uhm, well..' but my mom interrupted me and said it was because I prayed all the time. My first thought was like, 'what the heck. NO. It's because I studied,' but when I thought about it, asking God to help me on my exams made me trust in my abilities and aligned my "thoughts of the future" in a positive direction -  both of which absolutely helped me perform better. This is a simple example, and nearly irrefutable, but, I think it's okay to look into the real-life implications of our faith in other ways that seem harder to discern.

For example, I remember in my AP US Gov. class we studied some court case that banned public schools from allowing after-school bible studies (or something to that effect: separate religion from education!), because a small group of kids claimed to be "Devil Worshipers" and would rally around hateful things. As a consequence, all "religion" was banned from school, lol, including the groups of kids who wanted to meditate on positive virtues. My mind was blown that the court couldn't acknowledge a difference between these behaviors all because certain actions were labeled as "religion." My point is, we need to be more critical/discerning of religious practices and their contributions to society rather than claim that "all things abstract/not immediately understandable" IS a religion (like worshiping toast or claiming God is a "flying spaghetti head").

So, in summary I would say, Catholicism openly incorporates sacraments (baptism, penance, matrimony, etc.) as a core part of it's ideology as compared to other Christian religions, but the benefit of these mysteries are actually pretty easy to understand. And I respect the parts that aren't because know it's a matter of time and experience before I do, but being part of this practicing body will bring me closer to understanding them.

.. Another thing I like about saints, is that you'd think their expressions would look "enlightened!" (Amazed! In awe! Loving! etc.), but they actually look super normal, or even seemingly bored/disinterested/somewhat pained. Lol. For a while I didn't really get this, but then I realized this can be traced back to the sacred heart of Jesus. Again, I want to explain this concept to you more, (I haven't yet), but it's basic tenet is that one of the greatest forms of love is "loving through suffering" or despite pain as a kind of "transformative power of divine love" (I suppose I mentioned this at ████████████.. fitting lol). If we can find God/Jesus in all things, but especially during times of suffering when we offer our pain to God, this is an ultimate act of love, but it isn't exactly an easy thing to do, haha. I think saints were probably experts at this (or at least some of them). If you imagine what your face might look like when you still love someone who causes you pain (because you have a greater awareness of the problem at hand or bc you think it's the right way to behave), your face would probably look like a saint's, haha.

This is cool, bc Catholicism doesn't ask you to "believe in hokey mysteries with blind faith" where you forfeit all logic/reason and live in a blissful state of "worship/praise" (a saint of the "flying spaghetti God" religion would probably have a shocked/amazed expression lol), in fact it discourages this, but, it does ask that "meditate on the mysteries" as a way to learn more and be closer to God (many of these meditations are found in Buddhism, cheeeeck out my photo! :), but many of the most powerful ones (imo) are found in Catholicism). Haha, it's really, really awesome! I feel like those exclamations sounds a little disrespectful, but it's TRUE! I love it! The idea of the sacred heart of Jesus or the compassion meditations in the Rosary get right to the heart of a kind of thinking that can really help you through life and make you a better person, often times in ways that aren't immediately apparent.



On Mon, Nov 26, 2012 at 6:16 PM, Joe Lonsdale ████████████████ wrote:
████████████████████████████████████████

On Mon, Nov 26, 2012 at 5:29 PM, Eliseclougherty ████████████████ wrote:
Catholicism is a Christian faith, but the*

Sent from my iPhone

On Nov 26, 2012, at 5:01 PM, Joe Lonsdale ████████████ wrote:
████████████████████████████████████████

On Mon, Nov 26, 2012 at 4:29 PM, Eliseclougherty ████████████████ wrote:
That's awesome! Some of my most respected Catholic friends think heaven is a state of present enlightenment / insight (on earth). The fact is, it's such a mystery, but not as mysterious as people might think. I believe being close to God is often an abstract thought which then manifests itself in action/works. People over-emphasize this "work / action " component too much - if it has no love or conviction to back it up it's meaningless. The robes, the paintings, the churches themselves are meaningless, but the abstract message they send (respect, humility, amazement in the beauty of the world/life) is powerful and can lead to conversion of hearts quickly (altho sometimes, this can also turn people off depending on their outside perspective.. a lot of people apparently). Regardless, it doesn't matter. If

Thomas wrote that you can find God in a rock (haha something my grandma always told me), you just don't need a symphony/circus of actions/antics/etc to discover God.

I don't know why his teachings were banned. I don't have a good understand for the socio-political or even economical landscape during that time. I like what he writes and personally think he's spot on. If you want to know my honest opinion, haha, I think the church didn't fully understand what he was trying to say. And I'm okay with that because it just doesn't matter what other people say or do when it comes to your personal relationship with God. I always want to learn from peope and there are many times I actually dont know as much as others, but, I'm ok with people not being perfect, but I don't think they'd be human if they were. The heart of my faith and the heart of God is perfect, but, the vessel/actions by which humans try to communicate is *never* perfect (I admire their efforts and are humbled by many of them, but if the men out in Rome make mistakes, I really just see it as that. Haha, if women were in charge, there would never be mistakes. Jk!!!). I think Catholicism is the healthiest way to be a human and I've said many times before that I think it's genius. When I say Catholicism, I'm only envisioning my personal relationship with Christ (I'm not even imagining a church, or a priest, or even the Eucharist). The symbols of Christ's heart on fire or the peaceful disposition of the virgin Mary may be confusing and possibly even shocking when you first look at them (well lol maybe not the "peaceful disposition" of Mary), but they are so incredibly spot on and genius, they give me such a sense of awe that I'm convinced "God" must have created them! I'd like to explain more what I mean / what i see when i look at some of these symbols, but, I've been typing with my thumbs for a while now haha, and more and more has made sense to me only over time that I believe there is just so much more I have to learn. But it's awesome! And excting! And so filled with love! This is why I wanted to be a nun for so many years (and still don't think it's a bad bet). *You break up with me, you know where to find me* ... Lol!

Ah, I just love it. And I love how applicable all the lessons are. I love how intertwined they are with real, human life. With sin, forgiveness, ignorance, conversion, conviction, love. Such universal truths!

This is why I'm not only okay with, but I *love* going to church - it's a room filled with people, scripture, symbols and images all trying to communicate something so powerful, I've only just begun to understand them! It's like a microbiologist discovering DNA for the first time, running back to the lab each week, excited to learn more about how this beautiful molecule connects and interacts with the fabric of life. This is what church feels like to me, and to ▮▮▮▮▮▮(my guess at least, or else he probably wouldn't come back week after week). Attending mass is about respecting the limits of your personal intelligence/understanding of God, and it's one of the most humble actions, but humility is freeing and a host for better understanding God and love. Haha, remember in Rome when I had to walk around with my sweater tied around my legs and your over-sized jacket on my shoulders? Haha I knew God wouldn't let me enter such a holy place (not that other places aren't holy or that I even need to be in a "holy place") without asking me to be more humble. I realize this sounds a little quirky, but, I toootally thought that. I also prayed that I'd understand how to love better, the same day we shared such a beautiful moment together! If you know what I mean..

It's good you see your relationship with God as a direct, personal one, because it is. But don't be so confident in your own understanding of life/morality/God as to think that you alone have all the knowledge. There is so much to learn in the context of a religious community and mass. Then again, you could always just pray near the rocks by the chapel if they speak to you more than the mass does, haha, or at least until some of the metaphors begin to make sense (Saints btw, are all about metaphors - - when you see them in a stained glass window, they never have their "names" written in cursive, except for like Abraham or something, but I don't even know what he's called, a prophet I suppose, but instead they hold objects that are

symbols. One reason why this is "genius/applicable to humans/appealing to intellectual thought": the evolution of our brains made it so the region that processes visual/abstract metaphors sits right ontop our limbic/emotional brain regions. An "evolutionary hack" some would say. Isn't that awesome though?? Catholicism speaks directly to our very nature. Whenever I learn something new about my faith, I look at it from all angles, an there's always been a "scientific" answers. Haha, I think God must crack up whenever we talk about this bc.. he must think, "well, DUH, I created the laws of physics, why wouldn't I use them to share my love with you?"

You do this with your companies. You motivate people by pointing to things other than yourself, in fact you even try to remove/replace yourself from positions in companies, rather than stick around for personal glorification. Saints are pointers, nothing more than that. (hah, how does that sound, computer scientist? :P). But what's awesome about that, is that they *know* what to point to. Heck, they are humans, and sinners, like everyone, we don't "pray" to them for that reason, but we can study what they point to bc THATS where the buried treasure / little pieces of God/the Holy Spirit lie. Ooo, I love it! I read their stories every day!

This is a really cool concept actually. You see how it's applicable to everyday life (building companies, motivating people, etc?). It doesn't make sense to point to yourself, bc, you have faults and if that's exposed, people won't be as motivated to work; but if you point to "fixing major industries," "increasing transparent," "solving hard problems," that's something they can all relate to and be motivated by. What's also kind of interesting (GENIUS), is that even with the story of Christ (we can talk about this more later), he, "God!" as we say (part of the trinity!) didn't even point to himself as God, haha!, even though Catholics everywhere refer to him as God (however that works out with the whole trinity thing haha), he pointed to his "father." Who *is* his father? Well, God yes, but what does that look like? Since I'm only human, and am only really capable of understanding the emotions of love, forgiveness, hope, charity, etc. with metaphors, what can I use as a metaphor to better understand God. BAM! Hellooo Jesus, haha, the "human form of God." Joe, it's totally mysterious/hardly possible to understand, but, the idea of the trinity actually makes much more sense to our emotional brains that our linear "cognitive" minds. As part of the faith, they don't even expect it to ever "make sense" - it's a mystery! Again, I think this is genius, and it might be hard to conceptualize, but it's hard for everyone. Regardless, there's something there that's pretty powerful. Even just as a form of meditation alone, there are many ways the idea of the trinity can change / inspire people. Heck, maybe that's all it is anyways. We don't even know. To me, what Christ really embodies is the desire to learn more and to listen. He is humble and he suffered. He teaches us that if we are humble also, we can be open to and embrace inevitable suffering with the openness and readiness to listen to God. This is what Christ really embodies. And he distinguishes himself from God and the Holy Spirit, yet in a way, he metaphorically shows us how to give our lives to God and let the Holy Spirit work through us. He distinguishes himself from God, yet he IS God. In a way, that is what we are too, especially when we are humble and offer our acts and sufferings to God and are open to letting him allow the Holy Spirit to work through our lives.

You my dear, are Catholic, without knowing it. Your actions are some of the most "catholic" I've ever seen in fact. Don't worry about letting someone else try to define that label for you. Catholicism is love and forgiveness; it's both abstract and tangible, spiritual and worldly. It's a way we can direct our lives to be more aligned with God. It's how we can open ourselves to allowing God to work through us.

:* I love you!

Sent from my iPhone

# Exhibit 12

| **From:** | Joe Lonsdale <span style="background:black">█████████</span> |
|---|---|
| **Sent:** | Wednesday, December 12, 2012 5:32 AM |
| **To:** | Ellie Clougherty <██████████████ |
| **Subject:** | Re: Good luck today love! |

thanks ellie thats very sweet of you

On Dec 12, 2012 3:59 AM, "Ellie Clougherty" ███████████████ wrote:
> I'm still up! Haha.. bed soon hopefully O.O
>
> I just wanted to say good luck today and that I realize these NYC trips are pretty intense!
>
> I'm so beyond impressed with what you've been able to do and hope you feel the same way about the state of things soon :) Sometimes you and I move thru life really quickly, but, if we stop to think about it, we've really both accomplished a whole lot and should be proud about that.
>
> I love how not only intelligent but also fundamentally good a person you are and I think that's pulling your thru -  what you've been able to do is truly profound. I've tremendously loved learning from you. I was going thru some photos of us to get a buddha image for my paper (HAH, this class!) and I realized, I've never really stopped to tell you this.
>
> I'm excited to relax this weekend with you and more over break. Thank you for calling even tho it was pretty late your time.
>
> Big kiss!
>
> Ellie

# Exhibit 13

**From:**     Joe Lonsdale ████████████████
**Sent:**     Friday, December 21, 2012 5:36 PM
**To:**       Eliseclougherty ████████████████████
**Subject:**  Re: Nice!

---

;)

On Fri, Dec 21, 2012 at 5:35 PM, Eliseclougherty ██████████████████████ wrote:
> Excellent idea ;)
>
> Sent from my iPhone
>
> On Dec 21, 2012, at 7:43 PM, Joe Lonsdale ████████████████ wrote:
>
>> hehe.  how about a 'nap' together then shopping
>>
>> On Fri, Dec 21, 2012 at 4:41 PM, Eliseclougherty ██████████████████████ wrote:
>> Why hellooOOo handsome!
>>
>> That's great! Robin filled me in - awesome, we can go shopping or take a nap of you need one after your flight
>>
>> Sent from my iPhone

# Exhibit 14

| | |
|---|---|
| **From:** | Anne Clougherty ◾ |
| **Sent:** | Monday, December 31, 2012 10:13 PM |
| **To:** | 'Joe Lonsdale' ◾ |
| **Subject:** | letter from ellie's mom - private please |
| **Attach:** | letter to Joe.docx |

Dear Joe,

I hope you can read this letter with what is my only intention....to offer you advice as I would my own son.   I am not fond of one way communication....so please excuse me if some of my observations do not hit the mark exactly.

I would ask that you keep this between us (and of course Ellie).   If I didn't care about you, I would never choose to become this personal.

I hope you enjoy New Year's Eve with close friends and family,

Love,
Anne

Dear Joe,

Before you read this email, please be assured that I am writing it with compassion toward you and can sympathize with how you are feeling at the moment. This is quite hard for me considering both the physical and emotional state that Ellie is dealing with right now. I must say, your timing could not be worse. Going through this alone is so unbelievably unfair that words don't describe my emotions. Hopefully, all will be fine physically and she can move on with her life.

That said, I would like to help both of you learn from this relationship and be stronger because of it. When Ellie first met you, she could not believe how much you two had in common. She shares your passion for life, making the world a better place, building strong friendships, travel, and the ability to put yourselves in brand new situations and dominate the room. Not many people have these qualities and I admire them in both of you. Other synergies became apparent. Although you have much more experience in both work and life lessons, Ellie has gained the knowledge of how to live a successful and balance life at a very young age. This was not easy. It meant giving up everything she believed was right (not necessarily WHAT she believed in buy HOW to achieve it) and remolded herself in what I observed was a very painful process. This took more courage than most people have (and humility). Again, the strengths between the two of you seemed so perfect and complimentary. I can't tell you how many of your friends and business partners all "cornered me" at your functions to tell me how smart you are, but also worried that you were a little out of balance on living a healthy life. They felt that Ellie helped provide this centering force. They accepted and loved her so quickly, I was a little shocked. It seemed time and time again, the conversation steered away from building empires and more toward compassion to you and your general health. I must admit, at times I felt like this wasn't Ellie's role at this time in her life, but she was happy, so I was happy.

As the months went by Ellie and I talked about all your wonderful qualities. God gave you a brain for business that will certainly make you a billionaire one day soon. You are so inclusive in your life, always inviting her to business meetings, gathering of friends, and sharing important and interesting emails. She has the same endless energy as you do, and never says no to an invitation….loving every minute of the world you included her into. Again, I don't know anyone who can go as much as the two of you. The trips around the world were over the top and she never took these experiences for granted. She even hesitated to post them on FB for fear she'd offend someone or hurt someone's feelings. She was always respectful to your family, even when she felt she was being judged unfairly.

As the relationship grew, Ellie wanted to connect with you on a more personal level. She expressed her desire to have more alone time…..without the houseful of business partners and family. At first, this seemed easy to achieve. It never mattered how much you traveled, how busy your day was, or if emails needed answering. She is not needy in this way. But…she was looking for a few quiet moments with you. As days became weeks, and weeks became months…she started to realize that these moments might not ever happen. I could not counsel her on this because it seemed hard to believe. Every time she thought she would be together with you….the dinner at 6pm became the stop by the dorm at 10pm. Every time she thought that lazy Saturday morning would be the day….she'd notice you already on email and your day planned without consideration of her needs. She then thought…maybe I need to get "on

his calendar". I found this ridiculous and didn't hesitate to say so. This was never about you being too busy with your fund and other businesses. This was about your inability to see her simply needs. I am not sure why….maybe at some level it is very hard for you. This is where my compassion for you takes over my desire to see Ellie happy. She just wanted you to know what her favorite color flower is (coral), that she likes wandering through farmers markets, and sometimes a stroll through campus without time commitments is worth more than fancy trips. Your world with her was never about the money…but much more about your energy and her ability to help you reach your goals in a happy and healthy way.

In my relationship, my husband has worked the same number of hours since we've been married – 60 to 90 per week. I have gone alone on countless vacations with my family, parties, family affairs, etc. and never felt bitter towards him and his schedule. Why? Because I know deep down if I ask him to quit everything…he would do it for me. How do I know….because he tells me so. I am the most important person in his life. Would I ever ask him to? Never! Why? Because he is the most important person in my life. It is *knowing* this that keeps a relationship strong….not the *doing*.

It's a bit like Game Theory – she was always in the cooperation camp, waiting for you to join her, expecting that over time, you'd realize together you could maximize the system. For whatever reason (past relationship experience? Fear of losing your empire to the degree you put extremes in your life? Whatever it may be), on average, you were in the aggressive camp, somehow expecting the other player would present a selfish confrontation. *

On the other hand, Ellie poured herself in to this relationship. She read books that she thought would help you….not her. She met your friends, enjoyed your family, and left the campus happily to be with you. At meetings, she would assess the room and make sure your best interests were being met…whether that is a kind word about you or enthusiasm for your mission. I say this not to sound hateful or to downplay all the wonderful things you have done for her… but only to tell you that she truly enjoyed these things. Sometimes you would give her the impression that you felt guilty about the time she was spending away from friends….but you miss the point. She was happy doing these things…she just wanted to see some reciprocation in her life. A phone call that asks her about her day…not in an obligatory way…but one that truly wants to know. An unsolicited reference of Ellie to a friend who might help Ellie get a job…not just access to these people at parties. A birthday or xmas present that shows you thought about her. These are the little things in a relationship that show you truly love someone.

I think the tension you felt in this relationship grew because Ellie felt lonely, even when in the same room with you. She was frustrated because she knew the answers were so simple…but seemed so elusive. Soon, she realized that when she finally had time to express her thoughts, it would be too late and that you would leave. I think this is exactly what happened at the hotel over xmas. Men throughout the centuries have overcomplicated the needs of women. It has been parodied in every book and movie. When I turned 40…I need a vacation away from my family so badly. Four difficult pregnancies, my own company, life in general. Pat bought me a Porsche. Really??? After weeks of arguing I told him I just wanted him to help make the kids lunch in the morning and clean the dinner dishes. He didn't believe me. He bought me diamonds. Again, we argued. Finally I told him really…it is

not that hard...I just want to know that he respected how hard it is for me to run the family and my own business and help ME.  He made lunches for the kids (every day this validated his love...may sound trite...but it was truth for me) .  The Porsche was sold...I went to Italy by myself for 10 days.  Marriage saved.  Simple.  Meet each other's needs and life is good.

I told Ellie that in a relationship every sentence should begin with "I" not "You".  Always speak from your heart and don't tell the other person what they are thinking. This helps to communicate each other's "love language".  For Ellie, she should have said very early on "I want to have dinner alone with you in the next two weeks that starts before 7pm". Then "you" make it happen.  She doesn't call Andrea, she doesn't remind you...it just happens because that is Ellie's love language saying her needs are time alone with you, and addressing her needs in this way (not your own) is how you show you love her.  You can then say to her "I need to concentrate on my fund for the next three weeks and will have limited time to call or see you".  No problem..your love language is your need to concentrate on work without feeling guilty that you can't give more time in the relationship. No hurt feelings...no specific time commitments...no confusion.  Ellie is not on hold and sees friends...you concentrate on work.  You each do something for one another because that is how you really show love.

Lastly, I don't think it is very healthy to discuss important issues over emails.  I know it is hard for you to talk to Ellie about these things face-to-face.  Again, this is confusing for me to understand and to counsel her on.  I think you might have thought things were always worse than they were. (sorry if I am breaking my own rule about using the word "you" ....I realize that you have your own thoughts on this that I am not privy to). You seemed to come to conclusions about issues too quickly and don't really listen to what she is saying.  She wants to live in SV because she is drawn to the energy....not just because she wanted to date you.  She was hurt that you felt that she needed sooo much from you....yet she just wanted to give herself to you and your happiness without much in return.  Her lack of trust in you was never about your integrity, but how extreme your reactions and limited patience were to her comments.  She felt that you thought she was getting in the way of fulfilling your vision, but in reality she was trying to support you in ways that added a new dimension (more emotional intelligence and overall mindfulness).**

I hope you know that I would never fault you for missing some of these signs or being confused at how the mind of a woman works.  I also know that no one can understand how hard you have been working the last few years.  It truly reaches super-human proportions.  My advice (as a mom) would be to really take stock in what direction you want to go in life.  If you were my son, I would tell you to live your own life without feeling the need to impress anyone, tend to your own health and happiness, give compassionately to those around you and when ready, share your life with someone you love.  You can still be part of the solution that solves "the big problems" without compromising the one precious life God has given you.

I hope you and Ellie can find the time to talk in person and privately with the openness, respectfulness and kindness you both deserve.  Both you and Ellie have so many blessings in life.   Please don't take them for granted.

12/31/2012_letter to Joe.docx

Love,

Anne

\* The act of giving and being cooperative was somehow counter-intuitive to your mode of conquering. It appears as though you'd even justify or make up potential threats (and not have the open capacity to listen when she tried to rescind this label), because this is what has been demanded of you to be successful as a CEO, but it has devastating effects on a gentle, loving relationship. You are your actions; you become the behaviors you act upon over time. Ellie new this and was sympathetic to your behavior because she understood where it came from… all she really wanted to see was your desire to treat her differently and to be aware of your tendency to do this at times when your conquering mind would play tricks on itself and see her as a threat or shadow.

\*\* For example, she would love to read all the books you give her, but she perceives that the best strategy would be to teach you about the things she knows about, not the things you already dominate (understanding Caesar) and it was out of love that she strove to communicate these things over spending time elsewhere.  In this way, she was challenging you to be a greater leader, but you perceived it as ambivalence or self-interest because you could not recognize her intentions. This was also hurtful and draining (the lack of understanding her true intentions or giving her the opportunity to reveal these intentions).

# Exhibit 15

| | |
|---|---|
| **From:** | Eliseclougherty < █████████████████ > |
| **Sent:** | Wednesday, January 9, 2013 2:06 PM |
| **To:** | Joe Lonsdale < █████████████████ |
| **Subject:** | Re: There is a girl in the world who calls you her boyfriend but this is a nebulous term |

Looks like we just sent them at similar times.

Yea, seems like we need to be on the same page when it comes to love languages. Seeing you at 930 for a movie/date is too late for me. Maybe if the movie started then that's fine, only if I saw you before.

Ok, we can review this together tonight. I'll wait to move ahead with my plans until then

Sent from my iPhone

On Jan 9, 2013, at 1:54 PM, Joe Lonsdale < ████████████████ > wrote:

> Hey Ellie,
>
> I already responded to a bunch of this in an email I just sent.  Do you want to go to a late showing of Les Mis, like 9:30pm Friday night or something?  That could be fun.
>
> For prepping for ██ interview, want to do that tonight / tmrw at breakfast?  I don't know the tech or co *that* well but let's look it up and I can give you pointers.
>
> Thursday 5pm just come over, nobody else there until 7:30pm or so... as in previous emails.
>
> Sat night will be fun.  You can join at 4pm to play tennis etc if you want for late afternoon, or else we can do it that morning?
>
> Let's go over stuff Sunday yep.  We scheduled ████████████ a couple months in advance, just lmk asap if you cannot come to that pls.  I will keep it free but that is confusing for me.
>
> Let's talk to night about all of this.
>
> - Joe
>
>
> On Wed, Jan 9, 2013 at 1:50 PM, Ellie Clougherty < ████████████████████ > wrote:
>> **Wednesday**
>> - I come over, we kick out the engineer as soon as socially possible
>> - Don't play games with Jonathan to avoid the conversation at hand; games are fine for like 10 minutes after he leaves but not much longer after, esp if I like poke you or give you a look. If we don't have enough time to talk, I'm either going home or sleeping on the couch and we'll have to schedule an emergency meeting for later haha.
>>
>> **Thursday**
>> - Help me prepare for my ███ interview, esp. since you know █████████ and his mission (I don't want to put a time constraint on this since you are already overloaded with schedules, but my guess is that this convo will only be worthwhile if it lasts for more than 3.5 min)
>>
>> - I'm free after 5. I haven't seen your house and you've been there a week. If you are free this

evening and invite someone other than me to have dinner/check out your new place, I will assume the men you dine with are more important to you than me and I will probably care for all of 2 seconds before I think this is just not worth my time. I'm fine overlapping with ████████ only as long as we have time alone together and not always with men. men men men  gay gay gay

- Senior night at 10pm. One year in and you don't know 10% of my friends. This would be an easy place to meet them. I don't usually stay long.

**Friday**
- I have class and interviews until like 4? I thought you canceled LA to take me on a date/see Les Mis/play tennis. Seems like the meetings are filling fast. WHATCHA GONNA DO WHEN YA CANT SAY NO. Haha, do you know that song? That's how I feel, except, instead of you seeing random exs, you're seeing men. Lol.

**Saturday**
- 9pm party with my closest Stanford friends.
- A day to play tennis?etc?

**Sunday**
- Looks like I already scheduled afternoon and dinner meetings with friends. Hmm. If I end up seeing ████████ instead, will you ask me about scheduling meetings with people afterwards (ie, I don't want to change my plans for you, if we have a bunch of people over sunday night after dinner). Just keep me posted.

- Look at your travel schedule so I can confirm with my friends who want to take me out for dinner/drinks. I'd rather do that when you're in singapore, but, I don't want to keep delaying this.


**How you will be graded (one point for each task accomplished):**

- Respond in person, not thru an assistant or computer-generated email, lol
- One point for each invitation you accept, under the terms I describe
- One point for responding before I graduate
- 2 points for letting me ship books to your house since my PO Box is unreliable

# Exhibit 16

| | |
|---|---|
| **From:** | Eliseclougherty ‹ ████████████████ › |
| **Sent:** | Thursday, January 17, 2013 12:23 AM |
| **To:** | Joe Lonsdale ‹ ████████████ › |
| **Subject:** | Re: gnight beauty |

:))) I want to love you the best I can

Sent from my iPhone

On Jan 17, 2013, at 12:20 AM, Joe Lonsdale ‹ ████████████████ › wrote:

> thanks beauty.  i am happy about both of those too, especially that you are in the world
>
> On Thu, Jan 17, 2013 at 12:19 AM, Ellie Clougherty ‹ ████████████████████ › wrote:
> > good night love :)
> >
> > I'm still working! Going thru CT scans to label every single part of the body. And SO HAPPY I'm not doing med school or an EE masters... lol plan B por favor!! Well, not, you know haha
> >
> > It makes me so happy to think there's someone like you in the world I can love and think about
> >
> > Sweet dreams,
> > Ellie
> >
> > On Thu, Jan 17, 2013 at 12:17 AM, Joe Lonsdale ‹ ██████████████ › wrote:
> > > hope you had a good evening.  i'm falling asleep =)

# Exhibit 17

**From:** Joe Lonsdale <█████████████>
**Sent:** Thursday, January 31, 2013 8:56 PM
**To:** Ellie Clougherty <████████████████████>
**Subject:** Re: "The Enterprise Cool Kids"

miss you too.

On Thu, Jan 31, 2013 at 11:56 PM, Joe Lonsdale <███████████████ wrote:
> haha that's naughty
>
>
> On Thu, Jan 31, 2013 at 11:53 PM, Ellie Clougherty <██████████████████ wrote:
>> I miss you. Wish I could kiss you everywhere
>>
>> Sent from my iPhone

01/31/2013_Re: "The Enterprise Cool Kids"

# Exhibit 18

| | |
|---|---|
| **From:** | Ellie Clougherty < ███████████████ > |
| **Sent:** | Monday, February 18, 2013 4:13 PM |
| **To:** | Joe Lonsdale ███████████████ |
| **Subject:** | Re: thanks Ellie |

---

Joe, you are capable of treating me better than any man in the world. You have proven this to me before which is why I fell in love with you. I fell in love with you last spring, because I was amazed that you knew me better than I even knew myself. You displayed intelligence, passion, and truthfulness which I equate with righteousness and holiness. I loved you because I loved the Godliness you saw in me and I was motivated to let it shine brighter. Your influence on me was positive and brought me closer to my true self, which is God.

Your image of who I am now is a false one. Your beliefs about what I desire, who I strive to be, what my values are, and what my tolerance is for embracing new value systems is warped and I am confident you are wrong and have a twisted view of reality. I know this because I sensed your distance, was stressed by your interactions with me, and my fears were confirmed this morning when you told me specific details about what you perceive to be true. I was stressed that you would reach this conclusion over the past several months but was exponentially more stressed that you didn't have a backup system to check your reasoning and were vulnerable in this way. Not only did you not have a backup system, you didn't know how to create one, didn't show me that you were motivated to create one beyond expressing pain, and continued to put yourself in situations that created more stress, anxiety, and self-doubt. Additionally, you did not trust in me to help create a healthy environment for you, when the fact of the matter is, I know how to and have more than enough resources to tailor one to fit your unique, larger-than-life needs.

I have no control over fixing this, but I do know how it happened and I know how to prevent it from getting worse. But I also know, I have no control over picking you up and placing in you greener pastures. That action needs to be initiated by you. However, I see you struggle because you don't know how to do this effectively and defer to extremes and lack self-compassion. If you are mad at yourself in this moment, it is a sign you are still on a self-destructive path.

Your pain motivates me to want to help you. But the only thing I can do is help you gain a sense for what is true and what is reality because pushing you or giving you goals will only add to the stress and make me another source of pain. Sometimes, I feel such a strong sense on injustice about who you think I am or who your family thinks I am, I want to say "No! You're wrong!" but I only need to say it once.

Truth and reality exist, even if our consciousness leads us to perceive an altered view of the world. Feeling disconnected from our true selves and allowing fear and regret to dictate our actions are signs we are not perceiving reality.

This email is true and real. It's okay though love. We all have moments like this and even when we feel like we're in dark places, it doesn't mean God has walked away. He's just sitting in that green pasture waiting for you. I think, I'm going to go sit next to him too. We both love you so much and I crave for you to come closer. I believe in you so much, have loved you so much, and formed a stronger connection with you than anyone else in the world that I just assumed I'd help you thru anything. :) But, if you perceive my efforts to be something they are not and if you perceive me to be someone I am not, any act of love on my part will be interpreted as something evil and will be counterproductive.

Please join the party!! I might join your's first tonight haha

Ellie

On Mon, Feb 18, 2013 at 2:57 PM, Joe Lonsdale ███████████████ wrote:
  for being such a wonderful person.  it was good to see you today.