Kristen Dumont (SBN 191554)
kristen@kristendumont.com
Joseph R. Farris (SBN 263405)
jfarris@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center 24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax:  650.853.1038

Orin Snyder (*pro hac vice* pending)
osnyder@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.:  212.351.2400
Fax:  212.351.6335

Attorneys for Defendant and Counterclaimant
Joseph Lonsdale

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LONSDALE,<br><br>   Counterclaimant and Defendant,<br><br>  v.<br><br>ELISE CLOUGHERTY,<br><br>   Counter-Defendant and Plaintiff. | Case No. 3:15-cv-00382-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE AMENDED COUNTERCLAIMS AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |
| ELISE CLOUGHERTY,<br><br>   Plaintiff and Counter-Defendant,<br><br>  v.<br><br>JOSEPH LONSDALE; FORMATION8 GP, LLC; and FORMATION8 PARTNERS, LLC,<br><br>   Defendants and Counterclaimant. | |

JOINT STIPULATION            Case No. 3:15-cv-00382-WHA

Plaintiff and Counter-Defendant Elise Clougherty ("Ms. Clougherty") and Defendant and Counterclaimant Joseph Lonsdale ("Mr. Lonsdale") stipulate and agree as follows:

1.      On January 27, 2015, Ms. Clougherty filed a Complaint against Mr. Lonsdale;

2.      On January 30, 2015, Mr. Lonsdale filed Counterclaims against Ms. Clougherty;

3.      On February 20, 2015, Ms. Clougherty filed a motion to dismiss (or, in the alternative, a motion for a more definite statement) ("Rule 12 motion") (ECF No. 31) in response to Mr. Lonsdale's Counterclaims, which motion is set to be heard by the Court on April 16, 2015;

4.      Mr. Lonsdale's opposition to the Rule 12 motion was due on March 6, 2015;

5.      On March 4, 2015, Mr. Lonsdale's counsel informed Ms. Clougherty's counsel of Mr. Lonsdale's intent to amend the Counterclaims against Ms. Clougherty;

6.      Based on Mr. Lonsdale's counsel's representation that Mr. Lonsdale would be filing amended counterclaims on March 9, 2015, the parties have reached the following agreements:

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(i)      Mr. Lonsdale will file his amended counterclaims on March 9, 2015;

(ii)     Mr. Lonsdale's deadline to oppose the Rule 12 motion shall be extended from March 6, 2015 to March 13, 2015;

(iii)    After Ms. Clougherty's counsel has had time to review the amended counterclaims, the parties shall meet and confer next week to discuss any additional briefing schedules and hearing dates needed for the pending Rule 12 motion or any separate motion that Ms. Clougherty may elect to file in response to the amended counterclaims.

1

Dated: March 6, 2015                            Respectfully submitted,


By: /s/ Kristen Dumont
    Kristen Dumont
    Joseph R. Farris
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center 24th Floor
    San Francisco, California 94111
    Tel.:  650.752.3100
    Fax:  650.853.1038

    Orin Snyder (admitted *pro hac vice*)
    **GIBSON, DUNN AND CRUTCHER LLP**
    200 Park Avenue
    New York, New York 10166
    Tel.:  212.351.2400
    Fax:  212.351.6335


    *Attorneys for Defendant and Counterclaimant Joseph Lonsdale*


Dated: March 6, 2015                            Respectfully submitted,


By: /s/John C. Clune (*with permission*)
    John C. Clune, Colorado Bar No. 27684
    (admitted *pro hac vice*)
    HUTCHINSON BLACK AND COOK, LLC
    921 Walnut Street, Suite 200
    Boulder, CO 80302
    Telephone: (303) 442-6514
    Fax: (303) 442-6593
    E-Mail: clune@hbcboulder.com

    L. Lin Wood, Georgia Bar No. 774588
    (admitted *pro hac vice*)
    Jonathan D. Grunberg, Georgia Bar No. 869318
    (admitted *pro hac vice*)
    David Ehrlich, Georgia Bar No. 353601
    (admitted *pro hac vice*)
    L. LIN WOOD, P.C.
    1180 West Peachtree Street, Suite 2400
    Atlanta, GA 30309
    Telephone: (404) 891-1402

2

JOINT STIPULATION                            Case No. 3:15-cv-00382-WHA

Fax: (404) 506-9111
E-Mail: lwood@linwoodlaw.com
jgrunberg@linwoodlaw.com
dehrlich@linwoodlaw.com

Jennifer L. Liu, Cal. Bar No. 279370
THE LIU LAW FIRM, P.C.
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Fax: (415) 231-0011
E-Mail: jliu@liulawpc.com
Attorneys for Plaintiff and Counter-Defendant
Elise Clougherty

**[PROPOSED] ORDER**

Pursuant to the stipulated request, IT IS SO ORDERED.

Date: _____    _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION                                    Case No. 3:15-cv-00382-WHA

CERTIFICATE OF SERVICE

I, Kristen Dumont, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on March 6, 2015.

Dated: March 6, 2015                              /s/ Kristen Dumont

                                                  Kristen Dumont