**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE CLOUGHERTY,

    Plaintiff,

  v.

JOSEPH LONSDALE,

    Defendant.

No. C 15-00382 WHA

**ORDER RE COUNTERCLAIMS**

In light of the parties' stipulation, defendant Joseph Lonsdale must file his amended counterclaims by **MARCH 9, 2015**. At that point, plaintiff Elise Clougherty's pending motion to dismiss defendant's counterclaims (Dkt. No. 31) will be denied as moot, without prejudice to a fresh and timely motion to dismiss those counterclaims, noticed on the normal 35-day track.

**IT IS SO ORDERED.**

Dated: March 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE