IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE CLOUGHERTY,

    Plaintiff,

  v.

JOSEPH LONSDALE,

    Defendant.

No. C 15-00382 WHA

**ORDER RE MOTIONS TO DISMISS**

In light of plaintiff's voluntary dismissal of her claims against defendant Formation8 Partners, LLC (Dkt. No. 32), Formation8's motion to dismiss (Dkt. No. 30) is hereby **TERMINATED**. Furthermore, in light of defendant Joseph Lonsdale's amended counterclaims (Dkt. No. 39), plaintiff's motion to dismiss Lonsdale's original counterclaims (Dkt. No. 31) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE