John C. Clune, Colorado Bar No. 27684
(admitted *pro hac vice*)
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Fax: (303) 442-6593
E-Mail: clune@hbcboulder.com

Additional counsel listed on following page

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH LONSDALE,<br><br>　　　　Defendant and Counterclaimant,<br><br>　v.<br><br>ELISE CLOUGHERTY,<br><br>　　　　Plaintiff and Counter-Defendant. | Civil Action No.: 3:15-cv-00382-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |
| ELISE CLOUGHERTY,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>JOSEPH LONSDALE; FORMATION8 GP, LLC; and FORMATION8 PARTNERS, LLC;<br>Defendants,<br><br>　　　　Defendants and Counterclaimant. | |


L. Lin Wood, Georgia Bar No. 774588
(admitted *pro hac vice*)
Jonathan D. Grunberg, Georgia Bar No. 869318
(admitted *pro hac vice*)
David Ehrlich, Georgia Bar No. 353601
(admitted *pro hac vice*)
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 891-1402
Fax: (404) 506-9111
E-Mail: lwood@linwoodlaw.com
         jgrunberg@linwoodlaw.com
         dehrlich@linwoodlaw.com

Jennifer L. Liu, Cal. Bar No. 279370
THE LIU LAW FIRM, P.C.
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Fax: (415) 231-0011
E-Mail: jliu@liulawpc.com

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

Plaintiff and Counter-Defendant Elise Clougherty ("Ms. Clougherty") and Defendant and Counterclaimant Joseph Lonsdale ("Mr. Lonsdale") stipulate and agree as follows:

1. On January 27, 2015, Ms. Clougherty filed a Complaint against Mr. Lonsdale;

2. On January 30, 2015, Mr. Lonsdale filed Counterclaims against Ms. Clougherty;

3. On March 9, 2015, Mr. Lonsdale filed Amended Counterclaims against Ms. Clougherty; and

4. Ms. Clougherty's deadline to file an Answer or a Motion to Dismiss the Counterclaims was March 23, 2015;

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(i) Ms. Clougherty's time to file a Motion to Dismiss the Counterclaims shall be extended from March 23, 2015 to March 25, 2015.

Dated: March 22, 2015

Respectfully submitted,

By: /s/ Jennifer L. Liu
Jennifer L. Liu

Jennifer L. Liu, Cal. Bar No. 279370
**THE LIU LAW FIRM, P.C.**
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Fax: (415) 231-0011
E-Mail: jliu@liulawpc.com

John C. Clune, Colorado Bar No. 27684
(admitted *pro hac vice*)
**HUTCHINSON BLACK AND COOK, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Fax: (303) 442-6593
E-Mail: clune@hbcboulder.com

L. Lin Wood, Georgia Bar No. 774588
(admitted *pro hac vice*)
Jonathan D. Grunberg, Georgia Bar No. 869318
(admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | David Ehrlich, Georgia Bar No. 353601 |
| 2 | (admitted *pro hac vice*) |
|   | **L. LIN WOOD, P.C.** |
| 3 | 1180 West Peachtree Street, Suite 2400 |
|   | Atlanta, GA 30309 |
| 4 | Telephone: (404) 891-1402 |
|   | Fax: (404) 506-9111 |
| 5 | E-Mail: lwood@linwoodlaw.com |
|   | jgrunberg@linwoodlaw.com |
| 6 | dehrlich@linwoodlaw.com |

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

Dated:  March 22, 2015                     Respectfully submitted,


By: /s/ Joseph R. Farris (*with permission*)
     Joseph R. Farris

Joseph R. Farris (SBN 263405)
**GOODWIN PROCTER LLP**
Three Embarcadero Center 24th Floor
San Francisco, California 94111
Tel.:  650.752.3100
Fax.:  650.853.1038

Kristen Dumont (SBN 191554)
**LAW OFFICES OF KRISTEN DUMONT**
P.O. Box 138
1325 Howard Avenue
Burlingame, CA 94010
Tel.: 650.799.4397

Orin Snyder (*pro hac vice* pending)
**GIBSON, DUNN AND CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.:  212.351.2400
Fax.:  212.351.6335

*Attorneys for Defendant and Counterclaimant Joseph Lonsdale*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulated request, IT IS SO ORDERED,

Date: March 23, 2015.  _____
HON. WILLIAM H. ALSUP
UNITED STATED DISTRICT COURT JUDGE