Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Elise Clougherty )
                Plaintiff(s), ) Case No: 3:15-cv-00382
    v. )
Joseph Lonsdale ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                Defendant(s). ) (CIVIL LOCAL RULE 11-3)

    I, Sarah Vacchiano, an active member in good standing of the bar of the NY Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joseph Lonsdale in the above-entitled action. My local co-counsel in this case is Joseph Tartakovsky, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 351-2454 | (415) 393-8389 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| svacchiano@gibsondunn.com | jtartakovsky@gibsondunn.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5136189.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/23/15

                                                  Sarah Vacchiano
                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Sarah Vacchiano is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2015.

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE