Kristen Dumont (SBN 191554)
kristen@kristendumont.com
**LAW OFFICES OF KRISTEN DUMONT**
P.O. Box 138
1325 Howard Avenue
Burlingame, CA 94010
Tel.: 650.799.4397

Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: 212.351.2400
Fax: 212.351.6335

[additional counsel listed on following page]

*Attorneys for Defendant and Counterclaimant
Joseph Lonsdale*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH LONSDALE,<br><br>　　　　Defendant and Counterclaimant,<br><br>　　v.<br><br>ELISE CLOUGHERTY,<br><br>　　　　Plaintiff and Counter-Defendant. | Civil Action No.: 3:15-cv-00382-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| ELISE CLOUGHERTY,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>JOSEPH LONSDALE; FORMATION8 GP, LLC; and FORMATION8 PARTNERS, LLC; Defendants,<br><br>　　　　Defendants and Counterclaimant. | |

Emily C. Aldridge (SBN 299236)
ealdridge@gibsondunn.com
Joseph Tartakovsky (SBN 282223)
jtartakovsky@gibsondunn.com
Sarah Vacchiano (*pro hac vice* pending)
svacchiano@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel.: 415.393.8234
Fax: 415.374.8402

Joseph R. Farris (SBN 263405)
jfarris@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.600
Fax: 415.677.9041

Brenda Sharton (*pro hac vice* pending)
bsharton@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

*Attorneys for Defendant and Counterclaimant*
*Joseph Lonsdale*

Plaintiff and Counter-Defendant Elise Clougherty and Defendant and Counterclaimant Joseph Lonsdale stipulate to and respectfully ask the Court to reschedule the Initial Case Management Conference that is currently scheduled for April 2, 2015, at 11:00 a.m., to April 30, 2015, at 11:00 a.m.

There is good cause to reschedule the Case Management Conference, due to a scheduling conflict identified by Mr. Lonsdale's counsel, as set forth in accompanying declaration of Orin Snyder in support of this stipulated request.

Despite these scheduling issues, the parties are working diligently and cooperatively to advance this case. On March 23, 2015, the parties conducted a telephonic meet and confer and discussed motions that Ms. Clougherty plans to file; a schedule for future amendments of pleadings; initial disclosures; interrogatories and depositions; and the case schedule. Among other things, the parties agreed to exchange Rule 16 disclosures and continue to meet and confer concerning these issues.

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(i) the Case Management Conference will be moved from April 2, 2015 to April 30, 2015, at 11:00 a.m.

Dated: March 25, 2015                                Respectfully submitted,

                                                     By:   /s/ Emily C. Aldridge
                                                           Emily C. Aldridge

                                                     Emily C. Aldridge (SBN 299236)
                                                     **GIBSON, DUNN AND CRUTCHER LLP**
                                                     555 Mission Street, Suite 3000
                                                     San Francisco, California 94105
                                                     Tel.:  415.393.8234
                                                     Fax:  415.374.8402

|   |   |
|---|---|
| 1 | Orin Snyder (admitted *pro hac vice*) |
| 2 | **GIBSON, DUNN AND CRUTCHER LLP**<br>200 Park Avenue |
| 3 | New York, New York 10166<br>Tel.: 212.351.2400 |
| 4 | Fax: 212.351.6335 |
| 5 | Joseph R. Farris (SBN 263405) |
| 6 | **GOODWIN PROCTER LLP**<br>Three Embarcadero Center 24th Floor |
| 7 | San Francisco, California 94111<br>Tel.: 650.752.3100 |
| 8 | Fax: 650.853.1038 |
| 9 | Kristen Dumont (SBN 191554) |
| 10 | **LAW OFFICES OF KRISTEN DUMONT**<br>P.O. Box 138 |
| 11 | 1325 Howard Avenue<br>Burlingame, CA 94010 |
| 12 | Tel.: 650.799.4397 |
| 13 | *Attorneys for Defendant and Counterclaimant* |
| 14 | *Joseph Lonsdale* |

Dated: March 25, 2015                               Respectfully submitted,

By:   /s/ Jennifer L. Liu (*with permission*)
          Jennifer L. Liu

Jennifer L. Liu, Cal. Bar No. 279370
**THE LIU LAW FIRM, P.C.**
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Fax: (415) 231-0011
E-Mail: jliu@liulawpc.com

John C. Clune, Colorado Bar No. 27684
(admitted *pro hac vice*)
**HUTCHINSON BLACK AND COOK, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Fax: (303) 442-6593
E-Mail: clune@hbcboulder.com

| | |
|---|---|
| 1 | L. Lin Wood, Georgia Bar No. 774588 |
| 2 | (admitted *pro hac vice*) |
| | Jonathan D. Grunberg, Georgia Bar No. 869318 |
| 3 | (admitted *pro hac vice*) |
| 4 | David Ehrlich, Georgia Bar No. 353601 |
| | (admitted *pro hac vice*) |
| 5 | **L. LIN WOOD, P.C.** |
| 6 | 1180 West Peachtree Street, Suite 2400 |
| | Atlanta, GA 30309 |
| 7 | Telephone: (404) 891-1402 |
| | Fax: (404) 506-9111 |
| 8 | E-Mail: lwood@linwoodlaw.com |
| 9 | jgrunberg@linwoodlaw.com |
| | dehrlich@linwoodlaw.com |
| 10 | |
| 11 | *Attorneys for Plaintiff and Counter-Defendant Elise Clougherty* |

4
JOINT STIPULATION
Case No. 3:15-cv-00382-WHA

1 **[PROPOSED] ORDER**

Pursuant to the stipulated request, IT IS SO ORDERED.

Date: _____   _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATION OF SERVICE

I hereby certify that on March 25, 2015, this document was filed through the ECF system and will be sent by email to all parties registered on ECF and able to accept electronic filing. A copy of this document will be served by U.S. mail to any parties not registered on ECF and unable to accept electronic filing.

Dated: March 25, 2015          /s/ Emily C. Aldridge
                               Emily C. Aldridge

I, Emily C. Aldridge, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE.  I hereby attest that Jennifer L. Liu concurred in this filing.

Dated:  March 25, 2015                                       Respectfully submitted,


                                                             /s/ Emily C. Aldridge
                                                             Emily C. Aldridge, SBN 299236
                                                             ealdridge@gibsondunn.com