1   Kristen Dumont (SBN 191554)
    kristen@kristendumont.com
2   **LAW OFFICES OF KRISTEN DUMONT**
    P.O. Box 138
3   1325 Howard Avenue
    Burlingame, CA 94010
4   Tel.: 650.799.4397

5   Orin Snyder (admitted *pro hac vice*)
    osnyder@gibsondunn.com
6   **GIBSON, DUNN AND CRUTCHER LLP**
    200 Park Avenue
7   New York, New York 10166
    Tel.: 212.351.2400
8   Fax: 212.351.6335

9   [additional counsel listed on following page]

10  *Attorneys for Defendant and Counterclaimant*
    *Joseph Lonsdale*
11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14              **SAN FRANCISCO DIVISION**

15

16  JOSEPH LONSDALE,                          Civil Action No.: 3:15-cv-00382-WHA

17            Defendant and Counterclaimant,   **JOINT STIPULATION AND**
                                               **[PROPOSED] ORDER**
18       v.                                    **RESCHEDULING INITIAL CASE**
                                               **MANAGEMENT CONFERENCE**
19  ELISE CLOUGHERTY,

20            Plaintiff and Counter-Defendant.

21  ELISE CLOUGHERTY,

22            Plaintiff and Counter-Defendant,

23       v.

24  JOSEPH LONSDALE; FORMATION8 GP, LLC;
    and FORMATION8 PARTNERS, LLC;
25  Defendants,

26            Defendants and Counterclaimant.

27

28

1   Emily C. Aldridge (SBN 299236)
    ealdridge@gibsondunn.com
2   Joseph Tartakovsky (SBN 282223)
    jtartakovsky@gibsondunn.com
3   Sarah Vacchiano (*pro hac vice* pending)
    svacchiano@gibsondunn.com
4   **GIBSON, DUNN AND CRUTCHER LLP**
    555 Mission Street, Suite 3000
5   San Francisco, California 94105
    Tel.: 415.393.8234
6   Fax:  415.374.8402

7   Joseph R. Farris (SBN 263405)
    jfarris@goodwinprocter.com
8   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
9   San Francisco, California 94111
    Tel.: 415.733.600
10  Fax:  415.677.9041

11  Brenda Sharton (*pro hac vice* pending)
    bsharton@goodwinprocter.com
12  **GOODWIN PROCTER LLP**
    53 State Street
13  Boston, MA 02109
    Tel.: 617.570.1000
14  Fax:  617.523.1231

15  *Attorneys for Defendant and Counterclaimant*
    *Joseph Lonsdale*

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5

Plaintiff and Counter-Defendant Elise Clougherty and Defendant and Counterclaimant Joseph Lonsdale stipulate to and respectfully ask the Court to reschedule the Initial Case Management Conference that is currently scheduled for April 2, 2015, at 11:00 a.m., to April 30, 2015, at ~~11:00 a.m.~~  8:00 A.M.

6
7
8

There is good cause to reschedule the Case Management Conference, due to a scheduling conflict identified by Mr. Lonsdale's counsel, as set forth in accompanying declaration of Orin Snyder in support of this stipulated request.

9
10
11
12
13
14
15

Despite these scheduling issues, the parties are working diligently and cooperatively to advance this case.  On March 23, 2015, the parties conducted a telephonic meet and confer and discussed motions that Ms. Clougherty plans to file; a schedule for future amendments of pleadings; initial disclosures; interrogatories and depositions; and the case schedule.  Among other things, the parties agreed to exchange Rule 16 disclosures and continue to meet and confer concerning these issues.

16

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

17
18
19

(i)  the Case Management Conference will be moved from April 2, 2015 to April 30, 2015, at 11:00 a.m.

20

Dated: March 25, 2015

Respectfully submitted,

21
22

By:     /s/ Emily C. Aldridge
        Emily C. Aldridge

23
24
25
26

Emily C. Aldridge (SBN 299236)
**GIBSON, DUNN AND CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel.: 415.393.8234
Fax: 415.374.8402

27
28

1    Orin Snyder (admitted *pro hac vice*)
     **GIBSON, DUNN AND CRUTCHER LLP**
2    200 Park Avenue
     New York, New York 10166
3    Tel.:  212.351.2400
     Fax:  212.351.6335
4

5    Joseph R. Farris (SBN 263405)
     **GOODWIN PROCTER LLP**
6    Three Embarcadero Center 24th Floor
     San Francisco, California 94111
7    Tel.:  650.752.3100
     Fax:  650.853.1038
8

9    Kristen Dumont (SBN 191554)
     **LAW OFFICES OF KRISTEN DUMONT**
10   P.O. Box 138
     1325 Howard Avenue
11   Burlingame, CA 94010
     Tel.: 650.799.4397
12

13   *Attorneys for Defendant and Counterclaimant*
     *Joseph Lonsdale*
14

15   Dated: March 25, 2015          Respectfully submitted,

16

17                                  By:    /s/ Jennifer L. Liu (*with permission*)
                                           Jennifer L. Liu
18
                                    Jennifer L. Liu, Cal. Bar No. 279370
19                                  **THE LIU LAW FIRM, P.C.**
                                    324 Day Street
20                                  San Francisco, CA 94131
                                    Telephone: (415) 896-4260
21                                  Fax: (415) 231-0011
                                    E-Mail: jliu@liulawpc.com
22

23                                  John C. Clune, Colorado Bar No. 27684
                                    (admitted *pro hac vice*)
24                                  **HUTCHINSON BLACK AND COOK, LLC**
                                    921 Walnut Street, Suite 200
25                                  Boulder, CO 80302
                                    Telephone: (303) 442-6514
26                                  Fax: (303) 442-6593
                                    E-Mail: clune@hbcboulder.com
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L. Lin Wood, Georgia Bar No. 774588
(admitted *pro hac vice*)
Jonathan D. Grunberg, Georgia Bar No.
869318
(admitted *pro hac vice*)
David Ehrlich, Georgia Bar No. 353601
(admitted *pro hac vice*)
**L. LIN WOOD, P.C.**
1180 West Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 891-1402
Fax: (404) 506-9111
E-Mail: lwood@linwoodlaw.com
jgrunberg@linwoodlaw.com
dehrlich@linwoodlaw.com

*Attorneys for Plaintiff and Counter-Defendant*
*Elise Clougherty*

1

**[PROPOSED] ORDER**

2

Pursuant to the stipulated request, IT IS SO ORDERED.

3

4    Date: March 27, 2015.                    _____

5                                        HON. WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Kristen Dumont (SBN 191554)
kristen@kristendumont.com
2 | **LAW OFFICES OF KRISTEN DUMONT**
P.O. Box 138
3 | 1325 Howard Avenue
Burlingame, CA 94010
4 | Tel.: 650.799.4397

5 | Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
6 | **GIBSON, DUNN AND CRUTCHER LLP**
200 Park Avenue
7 | New York, New York 10166
Tel.: 212.351.2400
8 | Fax: 212.351.6335

9 | [additional counsel listed on following page]

10 | *Attorneys for Defendant and Counterclaimant*
*Joseph Lonsdale*

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 | **SAN FRANCISCO DIVISION**

15 |

16 | JOSEPH LONSDALE,                          Civil Action No.: 3:15-cv-00382-WHA

17 |              Defendant and Counterclaimant,    **DECLARATION OF ORIN SNYDER**
                                                 **IN SUPPORT OF JOINT**
18 |      v.                                      **STIPULATION AND [~~PROPOSED~~]**
                                                 **ORDER RESCHEDULING INITIAL**
19 | ELISE CLOUGHERTY,                            **CASE MANAGEMENT**
                                                 **CONFERENCE**
20 |              Plaintiff and Counter-Defendant.

21 | ELISE CLOUGHERTY,

22 |              Plaintiff and Counter-Defendant,

23 |      v.

24 | JOSEPH LONSDALE; FORMATION8 GP, LLC;
and FORMATION8 PARTNERS, LLC;
25 | Defendants,

26 |              Defendants and Counterclaimant.

27 |

28 |

1   Emily C. Aldridge (SBN 299236)
    ealdridge@gibsondunn.com
2   Joseph Tartakovsky (SBN 282223)
    jtartakovsky@gibsondunn.com
3   Sarah Vacchiano (*pro hac vice* pending)
    svacchiano@gibsondunn.com
4   **GIBSON, DUNN AND CRUTCHER LLP**
    555 Mission Street, Suite 3000
5   San Francisco, California 94105
    Tel.: 415.393.8234
6   Fax:  415.374.8402

7   Joseph R. Farris (SBN 263405)
    jfarris@goodwinprocter.com
8   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
9   San Francisco, California 94111
    Tel.: 415.733.600
10  Fax:  415.677.9041

11  Brenda Sharton (*pro hac vice* pending)
    bsharton@goodwinprocter.com
12  **GOODWIN PROCTER LLP**
    53 State Street
13  Boston, MA 02109
    Tel.: 617.570.1000
14  Fax:  617.523.1231

15  *Attorneys for Defendant and Counterclaimant*
    *Joseph Lonsdale*

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Orin Snyder, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* in California and before this Court.  I am a partner in the law firm Gibson, Dunn & Crutcher, LLP, counsel of record for Joseph Lonsdale in this matter.  I make this declaration based on my own personal knowledge.  Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' concurrently filed Joint Stipulation and Proposed Order Rescheduling the Initial Case Management Conference.

2. On March 9, 2015, the Court scheduled the Initial Case Management Conference in this matter for April 23, 2015, at 11:00 a.m. (Doc. No. 36).

3. On March 10, 2015, the Court rescheduled the Case Management Conference for April 2, 2015, at 11:00 a.m. on its own motion (Doc. No. 41).

4. Good Friday occurs and Passover begins on April 3, 2015.  My co-counsel and I have pre-existing travel and family commitments related to the holidays on April 2, 2015 and therefore am not able to attend the Case Management Conference as currently scheduled.

5. In light of the religious holidays, my co-counsel and I requested that the parties agree to a new date for the Case Management Conference.

6. Counsel for Ms. Clougherty do not oppose the request.

7. In light of a conversation between Mr. Lonsdale's counsel and the Court's clerk, which was communicated to Ms. Clougherty's counsel, it is believed that the earliest date on which the Court and all parties and lead counsel (many of whom are from outside California) are available to attend the Case Management Conference is April 30, 2015 at 11:00 a.m.

8. Despite these scheduling issues, the parties are working diligently and cooperatively to advance this case.  On March 23, 2015, the parties conducted a telephonic meet and confer and discussed motions that Ms. Clougherty plans to file; a schedule for future amendments of pleadings; initial disclosures; interrogatories and depositions; and the case schedule.  Among other things, the parties agreed to exchange Rule 16 disclosures and continue to meet and confer concerning these issues.

9.  Pursuant to Civil L.R. 6-2(a)(2), I have set forth below a list of previous time modifications in this action:

   a.  On March 6, 2015, pursuant to the parties' joint stipulation, the Court ordered that Mr. Lonsdale had an additional three days to file his amended counterclaims.

   b.  As stated above, on March 10, 2015, on its own motion, the Court rescheduled the Case Management Conference for April 2, 2015, at 11:00 a.m. (Doc. No. 41).

   c.  On March 23, 2015, pursuant to the parties' joint stipulation, the Court ordered that Ms. Clougherty had an additional two days to file her motion to dismiss the amended counterclaims.

10. The parties do not foresee this time modification having any effect on the schedule for this matter.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed March 25, 2015, in New York, New York.

                                        By:    /s/ Orin Snyder
                                               Orin Snyder