# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Elise Clougherty,

                Plaintiff(s),

   v.

Joseph Lonsdale, et al,

                Defendant(s).

Case No: 3:15-cv-00382-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Brenda R. Sharton, an active member in good standing of the bar of Supreme Judicial Court of the Commonwealth of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joseph Lonsdale in the above-entitled action. My local co-counsel in this case is Joseph R. Farris (of Goodwin Procter's San Francisco office), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109-2802 | Goodwin Procter LLP<br>Three Embarcadero Center, 24th floor<br>San Francisco, CA 94111-4003 |
| MY TELEPHONE # OF RECORD:<br>617.570.1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415.733.6000 |
| MY EMAIL ADDRESS OF RECORD:<br>BSharton@goodwinprocter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>JFarris@goodwinprocter.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 556909.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/02/2015

/s/ Brenda R. Sharton
         APPLICANT
Brenda R. Sharton

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Brenda R. Sharton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 7, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE