Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elise Clougherty )
 )  Case No: 3:15-cv-00382
 )
   Plaintiff(s), )
 )  **APPLICATION FOR**
   v. )  **ADMISSION OF ATTORNEY**
 )  **PRO HAC VICE**
Joseph Lonsdale )  (CIVIL LOCAL RULE 11-3)
 )
   Defendant(s). )
 )

   I, /s/ Laura Kathryn O'Boyle, an active member in good standing of the bar of the NY Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joseph Lonsdale in the above-entitled action. My local co-counsel in this case is Emily Aldridge, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 351-2304 | (415) 393-8234 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| loboyle@gibsondunn.com | ealdridge@gibsondunn.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 05/29/15                                                            /s/ Laura Kathryn O'Boyle
                                                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of /s/ Laura Kathryn O'Boyle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated: June 1, 2015.                                                    [signature]
                                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE