IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE CLOUGHERTY, | |
| Plaintiff, | No. C 15-00382 WHA |
| v. | |
| JOSEPH LONSDALE, | **ORDER RE MOTION TO AMEND COUNTERCLAIMS** |
| Defendant. | |

    Defendant and counterclaimant Joseph Lonsdale moves to amend his counterclaims to remove count XI (intentional infliction of emotional distress) and count XII (negligent infliction of emotional distress). Plaintiff and counterdefendant Elise Clougherty does not object. Lonsdale's motion to amend his counterclaims is **GRANTED**. The amended counterclaims shall be filed by **NOON ON JUNE 5, 2015.**

    **IT IS SO ORDERED.**

Dated: June 2, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE