Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
Laura O'Boyle (*pro hac vice* pending)
loboyle@gibsondunn.com
Sarah Vacchiano (admitted *pro hac vice*)
svacchiano@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.:   212.351.2400
Fax:   212.351.6335

[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]

*Attorneys for Defendant and Counterclaimant Joseph Lonsdale*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LONSDALE,<br><br>          Counterclaimant and Defendant,<br><br>     v.<br><br>ELISE CLOUGHERTY,<br><br>          Counter-Defendant and Plaintiff.<br><br>ELISE CLOUGHERTY,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>JOSEPH LONSDALE,<br><br>          Defendant and Counterclaimant. | Case No. 3:15-cv-00382-WHA<br><br>**JOINT STIPULATION SELECTING MEDIATOR AND MODIFYING CASE MANAGEMENT SCHEDULE TO EXTEND MEDIATION DEADLINE** |

1   Emily C. Aldridge (SBN 299236)
    ealdridge@gibsondunn.com
2   Joseph Tartakovsky (SBN 282223)
    jtartakovsky@gibsondunn.com
3   **GIBSON, DUNN AND CRUTCHER LLP**
4   555 Mission Street, Suite 3000
    San Francisco, California 94105
5   Tel.:    415.393.8234
    Fax:    415.374.8402
6

7   Joseph R. Farris (SBN 263405)
    jfarris@goodwinprocter.com
8   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
9   San Francisco, California 94111
    Tel.:    415.733.600
10  Fax:    415.677.9041

11
    Brenda Sharton (*pro hac vice* pending)
12  bsharton@goodwinprocter.com
    **GOODWIN PROCTER LLP**
13  53 State Street
    Boston, MA 02109
14  Tel.:    617.570.1000
15  Fax:    617.523.1231

16  Kristen Dumont (SBN 191554)
    kristen@kristendumont.com
17  **LAW OFFICES OF KRISTEN DUMONT**
18  P.O. Box 138
    1325 Howard Avenue
19  Burlingame, CA 94010
    Tel.:    650.799.4397
20

21  *Attorneys for Defendant and Counterclaimant*
    *Joseph Lonsdale*
22

23

24

25

26

27

28

Plaintiff and Counter-Defendant Elise Clougherty ("Ms. Clougherty") and Defendant and Counterclaimant Joseph Lonsdale ("Mr. Lonsdale") stipulate and agree as follows:

1. The Case Management Order entered on May 1, 2015 provides that a mediator be selected and on calendar by today, May 29, 2015, and that mediation be completed by September 30, 2015;

2. The parties have conferred in good faith and selected Mark Rudy as a mediator in this case;

3. Mr. Rudy does not presently have any availability prior to the Court's September 30, 2015 deadline, but the parties are on Mr. Rudy's calendar for October 7, 2015 and have been placed on a waitlist in the event a date in September becomes available;

4. The parties will work diligently with the mediator in an effort to secure an earlier date and will advise the Court promptly if they are able to do so;

5. The parties both believe that Mr. Rudy is the best choice to mediate this action given his background, experience and expertise, and respectfully request the Court's approval of a short extension of the mediation deadline to October 10, 2015;

6. The parties believe this will not cause prejudice to either party or the Court, as an October 10, 2015 deadline remains well ahead of the discovery cut-off, currently set for December 28, 2015, and the dispositive motion deadline, currently set for March 3, 2016.

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(i) Mark Rudy will mediate the party's dispute;

(ii) The Court finds good cause to extend the mediation deadline to October 10, 2015;

(iii) The mediation will take place on October 7, 2015;

(iv) If Mr. Rudy comes to have earlier availability, the parties will complete the mediation by the Court's original deadline of September 30, 2015.

Dated: May 29, 2015                                 Respectfully submitted,

                                                    By: /s/ Orin Snyder

                                                    Orin Snyder (admitted *pro hac vice*)
                                                    Emily C. Aldridge (SBN 299236)
                                                    Laura O'Boyle (*pro hac vice* pending)
                                                    Joseph Tartakovsky (SBN 282223)
                                                    Sarah Vacchiano (admitted *pro hac vice*)
                                                    **GIBSON, DUNN AND CRUTCHER LLP**

                                                    Joseph R. Farris (SBN 263405)
                                                    jfarris@goodwinprocter.com
                                                    Brenda Sharton (admitted *pro hac vice*)
                                                    bsharton@goodwinprocter.com
                                                    **GOODWIN PROCTER LLP**

                                                    Kristen Dumont (SBN 191554)
                                                    kristen@kristendumont.com
                                                    **LAW OFFICES OF KRISTEN DUMONT**

                                                    *Attorneys for Defendant and Counterclaimant Joseph Lonsdale*

Dated: May 29, 2015                                 Respectfully submitted,

                                                    By: /s/ John C. Clune (*with permission*)

                                                    John C. Clune, Colorado Bar No. 27684 (admitted *pro hac vice*)
                                                    **HUTCHINSON BLACK AND COOK, LLC**
                                                    921 Walnut Street, Suite 200
                                                    Boulder, CO 80302
                                                    Telephone: (303) 442-6514
                                                    Fax: (303) 442-6593
                                                    E-Mail: clune@hbcboulder.com

                                                    L. Lin Wood, Georgia Bar No. 774588 (admitted *pro hac vice*)
                                                    Jonathan D. Grunberg, Georgia Bar No. 869318 (admitted *pro hac vice*)
                                                    David Ehrlich, Georgia Bar No. 353601 (admitted *pro hac vice*)

2

JOINT STIPULATION                                   Case No. 3:15-cv-00382-WHA

**L. LIN WOOD, P.C.**
1180 West Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 891-1402
Fax: (404) 506-9111
E-Mail: lwood@linwoodlaw.com
jgrunberg@linwoodlaw.com
dehrlich@linwoodlaw.com

Jennifer L. Liu, Cal. Bar No. 279370
**THE LIU LAW FIRM, P.C.**
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Fax: (415) 231-0011
E-Mail: jliu@liulawpc.com

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

**[PROPOSED] ORDER**

Pursuant to the stipulated request, IT IS SO ORDERED.

Date: June 2, 2015.                    _____
                                        HON. WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT COURT JUDGE