1 | JOHN C. CLUNE, Colorado Bar No. 27684
(admitted *pro hac vice*)
2 | E-mail: clune@hbcboulder.com
**HUTCHINSON BLACK AND COOK, LLC**
3 | 921 Walnut Street, Suite 200
Boulder, Colorado 80302
4 | Telephone: (303) 442-6514
Facsimile: (303) 4426593

*[additional counsel listed on following page]*

*Attorney for Plaintiff and Counter-Defendant Elise Clougherty*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LONSDALE,<br><br>    Defendant and Counterclaimant,<br><br>v.<br><br>ELISE CLOUGHERTY,<br><br>    Plaintiff and Counter-Defendant. | CASE NO. 3:15-CV-00382-WHA<br><br>**PLAINTIFF ELISE CLOUGHERTY'S ANSWER TO SECOND AMENDED COUNTERCLAIMS BY JOSEPH LONSDALE** |
| ELISE CLOUGHERTY,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>JOSEPH LONSDALE,<br><br>    Defendant and Counterclaimant. | |

CASE NO. 3:15-CV-00382-WHA      Plaintiff's Answer to Defendant's Second Amended Counterclaims

L. LIN WOOD, Georgia Bar No. 774588
(admitted *pro hac vice*)
E-mail: lwood@linwoodlaw.com
JONATHAN D. GRUNBERG, Georgia Bar No. 869318
(admitted *pro hac vice*)
E-mail: jgrunberg@linwoodlaw.com
DAVID M. EHRLICH, Georgia Bar No. 353601
(admitted *pro hac vice*)
E-mail: dehrlich@linwoodlaw.com
**L. LIN WOOD, P.C.**
180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

JENNIFER L. LIU, California Bar No. 279370
E-mail: jliu@liulawpc.com
**THE LIU LAW FIRM, P.C.**
324 Day Street
San Francisco, California 94131
Telephone: (415) 896-4260
Facsimile: (415) 231-0011

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

1  Plaintiff and Counter-Defendant Elise Marie Clougherty ("Ms. Clougherty" or "Plaintiff
2  and Counter-Defendant") submits this Answer, including her affirmative defenses, in response to
3  the Amended Counterclaims of Defendant and Counterclaimant Joseph Lonsdale ("Mr. Lonsdale"
4  or "Defendant and Counterclaimant"):

5  1. Ms. Clougherty admits only that Mr. Lonsdale has brought counterclaims against
6  her. Ms. Clougherty denies the remaining allegations in paragraph 1.

7  2. Ms. Clougherty admits that she sent a text message to a friend referring to her
8  efforts to hold Mr. Lonsdale accountable for intimate partner sexual abuse and other unlawful
9  actions. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth
10 of the remaining allegations in paragraph 2, and therefore denies them.

11 3. Ms. Clougherty admits that Mr. Lonsdale is an entrepreneur and businessman in
12 the San Francisco and Silicon Valley area who has founded several well-known and successful
13 companies. Ms. Clougherty admits that until February 2013, she and Mr. Lonsdale were involved
14 in a relationship that lasted approximately one year. Ms. Clougherty denies the remaining
15 allegations in paragraph 3.

16 4. Ms. Clougherty admits that she first met Mr. Lonsdale in New York in a bar, and
17 that this meeting was approximately one year before Mr. Lonsdale imposed himself as her mentor
18 in a Stanford class. Ms. Clougherty admits that she traveled to New York, but denies that the
19 main reason for the trip was to meet Mr. Lonsdale. Ms. Clougherty admits that she registered for
20 an entrepreneurship class at Stanford for the Winter Quarter of 2012, but denies that she had any
21 knowledge that Mr. Lonsdale was involved in the class prior to registering for the class. Ms.
22 Clougherty denies the remaining allegations in paragraph 4.

23 5. Ms. Clougherty admits that she became involved with Mr. Lonsdale in February
24 2012. Ms. Clougherty admits that she and Mr. Lonsdale spent extensive time with one another,
25 traveled on multiple trips with one another, and got to know each other's families. Ms.
26 Clougherty denies the remaining allegations in paragraph 5.

27 6. Ms. Clougherty denies that she suffered any sexual abuse prior to becoming
28 involved with Mr. Lonsdale and denies that she told Mr. Lonsdale that she had ever suffered any

sexual abuse prior to becoming involved with him. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 6, and therefore denies them.

7. Ms. Clougherty admits that a turning point in the relationship occurred around the time that she and Mr. Lonsdale went on a trip to Asia in August 2012, but avers that the turning point arose when Ms. Clougherty became increasingly vocal in protesting Mr. Lonsdale's sexual abuse of her. Ms. Clougherty admits that she wrote a letter to Mr. Lonsdale in which she told him that she had been admitted to a facility to be treated for anorexia, and that the facility had involuntarily confined her against her will. Ms. Clougherty admits that the letter she wrote to Mr. Lonsdale included the language quoted in paragraph 7. Ms. Clougherty denies the remaining allegations in paragraph 7.

8. Admitted.

9. Ms. Clougherty admits that the letter described how she suffered from cognitive distortions specifically about her body image and diet. Ms. Clougherty denies the remaining allegations in paragraph 9.

10. Ms. Clougherty admits that she sent Mr. Lonsdale a number of long emails about their relationship. Ms. Clougherty denies the remaining allegations in paragraph 10.

11. Ms. Clougherty admits and she and Mr. Lonsdale continued to be involved with one another until February 2013, when Ms. Clougherty ended the relationship. Ms. Clougherty denies the remaining allegations in paragraph 11.

12. Ms. Clougherty admits that she has made statements about her relationship with Mr. Lonsdale and/or the sexual abuse she suffered during the relationship to numerous people at Stanford, to Mr. Lonsdale's friends and social acquaintances, to her friends and family, to Mr. Lonsdale's business colleagues, and to The New York Times. Ms. Clougherty denies that such statements are false. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 12, and therefore denies them.

13. Denied.

14. Ms. Clougherty admits that her Complaint includes the language quoted in

paragraph 14. Ms. Clougherty admits that she wrote the email to Mr. Lonsdale referring to getting to know him, but denies that this email was sent on the night of her first sexual encounter with Mr. Lonsdale. Ms. Clougherty admits that she wrote other emails to Mr. Lonsdale that include the language quoted in paragraph 14, and that she and Mr. Lonsdale exchanged emails regarding their trip to Rome. Ms. Clougherty denies the remaining allegations in paragraph 14.

15. With respect to the allegation regarding Mr. Lonsdale's intent to purportedly "set the record straight," Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of such allegation, and therefore denies it. The remaining allegations contained in paragraph 15 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty denies the remaining allegations in paragraph 15.

16. Admitted.

17. The allegations contained in paragraph 17 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty admits that she resides in the Commonwealth of Virginia.

18. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18, and therefore denies them.

19. The allegations contained in paragraph 19 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19, and therefore denies them.

20. The allegations contained in paragraph 20 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty admits that there is diversity of citizenship between Mr. Lonsdale and Ms. Clougherty and that she has alleged claims that exceed $75,000.

21. The allegations contained in paragraph 21 constitute legal conclusions to which no response is required.

22. The allegations contained in paragraph 22 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty admits that she filed

her Complaint in this Court.

23. The allegations contained in paragraph 23 constitute legal conclusions to which no response is required.

24. Ms. Clougherty admits that Ms. Clougherty first contacted Mr. Lonsdale in 2010 through her work on the book "The Startup Star," that she and Mr. Lonsdale exchanged a few emails in 2010, that she and Mr. Lonsdale met for the first time in person in early 2011, and that they had been introduced by a mutual friend in New York. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 24, and therefore denies them.

25. Ms. Clougherty admits that she and Mr. Lonsdale exchanged a few emails in 2011 and they met once in New York in early 2011, and once in the Bay Area in October 2011. Ms. Clougherty admits that she also ran into Mr. Lonsdale once in the Bay Area in mid-2011. Ms. Clougherty denies the remaining allegations in paragraph 25.

26. Ms. Clougherty admits that Mr. Lonsdale traveled extensively during their relationship. Ms. Clougherty denies the remaining allegations in paragraph 26.

27. Ms. Clougherty admits that she emailed Mr. Lonsdale in or around October 2011, and that her email included the language quoted in paragraph 27, and that she met Mr. Lonsdale in person in October 2011. Ms. Clougherty denies that she intended for the meeting with Mr. Lonsdale to be a date.

28. Ms. Clougherty admits that she emailed Mr. Lonsdale on January 15, 2012 and mentioned that she was in a class on high tech entrepreneurship. Ms. Clougherty denies that Mr. Lonsdale had previously told her that he had volunteered as a mentor in the class in previous years. Ms. Clougherty admits that after she learned that the professor reassigned Mr. Lonsdale as her mentor (which Mr. Lonsdale had requested), she wrote the email referenced in paragraph 28.

29. Ms. Clougherty admits that Mr. Lonsdale wrote her an email that consisted of the words "btw Ellie – i am coming to class tomorrow i am told / to judge something / not you guys right?" Ms. Clougherty denies the remaining allegations in paragraph 29.

30. Ms. Clougherty denies that she was initially attracted to Mr. Lonsdale. Ms.

1 | Clougherty admits the remaining allegations in paragraph 30.

2 |     31.    Ms. Clougherty admits that Mr. Lonsdale emailed Ms. Clougherty regarding a
3 | Rome conference in March only after she had previously mentioned to him that she would be
4 | traveling in Europe with family during that time.  Ms. Clougherty admits the remaining
5 | allegations in paragraph 31.

6 |     32.    Admitted.

7 |     33.    Admitted.

8 |     34.    Denied.

9 |     35.    Ms. Clougherty admits that she and Mr. Lonsdale had a picnic and kissed one
10 | another on March 3, 2015, but denies that this was their first intimate encounter and that it
11 | marked the beginning of their relationship.  Ms. Clougherty admits the remaining allegations in
12 | paragraph 35.

13 |     36.    Ms. Clougherty admits that she traveled to Europe and met Mr. Lonsdale in
14 | London, and that she and Mr. Lonsdale traveled from London to Rome.  Ms. Clougherty admits
15 | that Mr. Lonsdale coerced her to engage in sexual contact, but denies that it was the first time that
16 | he had coerced her to engage in sexual contact.

17 |     37.    Denied.

18 |     38.    Admitted.

19 |     39.    Ms. Clougherty denies that Mr. Lonsdale and she behaved like a normal boyfriend
20 | and girlfriend.  Ms. Clougherty admits that Mr. Lonsdale coerced her into engaging in sex with
21 | him on a frequent basis.  Ms. Clougherty denies the remaining allegations in paragraph 39.

22 |     40.    Denied.

23 |     41.    Admitted.

24 |     42.    Admitted.

25 |     43.    Ms. Clougherty admits that Mr. Lonsdale wrote the email quoted in paragraph 43,
26 | and that Ms. Clougherty responded in an email including the language quoted in paragraph 43.
27 | Ms. Clougherty denies the remaining allegations in paragraph 43.

28 |     44.    Ms. Clougherty admits that she and Mr. Lonsdale developed relationships with

each other's families, but denies that her family clearly approved of him.  Ms. Clougherty admits that her mother spoke to Mr. Lonsdale by phone on a few occasions, and that Mr. Lonsdale bought her a Mother's Day gift.  Ms. Clougherty admits that when Mr. Lonsdale and Ms. Clougherty were in New York, Mr. Lonsdale met with Ms. Clougherty's mother while the two were waiting for Ms. Clougherty to arrive.  Ms. Clougherty denies that Ms. Clougherty became very involved in Mr. Lonsdale's search for a house to buy.  Ms. Clougherty admits that on one occasion her mother flew to California at Ms. Clougherty's request because Ms. Clougherty had concerns about Mr. Lonsdale's intent to buy an eccentric property in Woodside, California, that resembled a castle with a dungeon and that Mr. Lonsdale had indicated that Ms. Clougherty would live there.  Ms. Clougherty admits the remaining allegations in paragraph 44.

45.  Ms. Clougherty admits that she traveled to Hong Kong, Beijing, and Seoul with Mr. Lonsdale in August 2012.  Ms. Clougherty denies the remaining allegations in paragraph 45.

46.  Denied.

47.  Admitted.

48.  Ms. Clougherty admits that she wrote a ten-page letter to Mr. Lonsdale after Mr. Lonsdale demanded that she write him an apology letter after she protested the sexual abuse to which that Mr. Lonsdale had subjected her in Asia.  Ms. Clougherty denies that she said she had suffered from severe psychological problems before she met Mr. Lonsdale.  Ms. Clougherty admits the remaining allegations in paragraph 48.

49.  Ms. Clougherty admits that she was admitted to an eating disorder clinic during the Winter Quarter of 2012, but denies that she claimed that she was deprived of food and water other than on the first day she was admitted to the clinic.

50.  Admitted.

51.  Admitted.

52.  Admitted.

53.  Admitted.

54.  Ms. Clougherty denies that she disclosed to Mr. Lonsdale that she felt she had been "abused" by numerous men in the past, much less sexually abused.  Ms. Clougherty admits

that she told Mr. Lonsdale that she had been the subject of unwanted male attention many times, that she had had a previous relationship with a male classmate that was not a good relationship. Ms. Clougherty denies the remaining allegations of paragraph 54.

55. Ms. Clougherty denies that she and Mr. Lonsdale treated each other as any affectionate and loving couple would. Ms. Clougherty admits the remaining allegations in paragraph 55.

56. Ms. Clougherty admits that Mr. Lonsdale sent her an email including the language quoted in paragraph 56. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 56, and therefore denies them.

57. Admitted.

58. Ms. Clougherty denies that she harshly criticized Mr. Lonsdale for not spending enough time with her. Ms. Clougherty admits the remaining allegations in paragraph 58.

59. Admitted.

60. Admitted.

61. Ms. Clougherty denies that the quoted emails all referred jokingly and positively to her "sex life" with Mr. Lonsdale. Ms. Clougherty admits that she wrote emails to Mr. Lonsdale including the language quoted in paragraph 61.

62. Ms. Clougherty denies that she intended for the emails quoted in paragraph 62 to be sexual in nature. Ms. Clougherty admits the remaining allegations in paragraph 62.

63. Ms. Clougherty admits that the tension between her and Mr. Lonsdale grew worse during the Christmas holiday. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 63, and therefore denies them.

64. Ms. Clougherty admits that Mr. Lonsdale sent an email to Ms. Clougherty at the end of December 2012 purporting to end their relationship, but that they continued to see each other after the email. Ms. Clougherty admits that her mother wrote a letter to Mr. Lonsdale encouraging him to talk to Ms. Clougherty, but denies that the letter urged him to get back together with Ms. Clougherty. Ms. Clougherty admits the remaining allegations in paragraph 64.

65. Ms. Clougherty admits that she and Mr. Lonsdale continued to see each other in

January 2013. Ms. Clougherty denies the remaining allegations in paragraph 65.

  66. Ms. Clougherty denies that the relationship went "well" during January and February 2013 or that she wrote him emails referring positively to their "sex life." Ms. Clougherty admits the remaining allegations in paragraph 66.

  67. Admitted.

  68. Admitted.

  69. Ms. Clougherty admits that Mr. Lonsdale emailed her on February 19, 2013 asking her to meet him to talk, and that he said that their relationship might need to end. Ms. Clougherty admits that she met Mr. Lonsdale on February 22, 2013 in a public park in Palo Alto, confronted him about the sexual abuse to which he had subjected her, and ended her relationship with him. Ms. Clougherty denies that Mr. Lonsdale ended the relationship. Ms. Clougherty admits that she did not respond to Mr. Lonsdale's subsequent attempts to contact her.

  70. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 70, and therefore denies them.

  71. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 71, and therefore denies them.

  72. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 72, and therefore denies them.

  73. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 73, and therefore denies them.

  74. Admitted.

  75. Admitted.

  76. Admitted.

  77. Admitted.

  78. Ms. Clougherty admits that she made a series of statements concerning Mr. Lonsdale regarding sexual misconduct to persons other than Mr. Lonsdale. Ms. Clougherty denies the remaining allegations in paragraph 78.

  79. Denied.

80. The allegations contained in paragraph 80 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 80, and therefore denies them.

81. Denied.

82. Denied.

83. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 83, and therefore denies them.

84. Denied.

85. Ms. Clougherty admits that she made a series of statements concerning Mr. Lonsdale to persons other than Mr. Lonsdale. Ms. Clougherty denies the remaining allegations in paragraph 85.

86. Denied.

87. The allegations contained in paragraph 87 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 87, and therefore denies them.

88. The allegations contained in paragraph 88 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 88, and therefore denies them.

89. The allegations contained in paragraph 89 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 89, and therefore denies them.

90. The allegations contained in paragraph 90 constitute legal conclusions to which no response is required. To the extent an answer is required, Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 90, and

1  therefore denies them.

2        91.     Denied.

3        92.     Denied.

4        93.     Ms. Clougherty incorporates by reference her responses to all prior allegations as
5  if fully stated herein.

6        94.     Admitted.

7        95.     Admitted.

8        96.     Ms. Clougherty incorporates by reference her responses to paragraphs 78 through
9  84 as if fully stated herein.

10       97.     Ms. Clougherty incorporates by reference her responses to all prior allegations as
11 if fully stated herein.

12       98.     Admitted.

13       99.     Admitted.

14       100.    Admitted.

15       101.    Admitted.

16       102.    Ms. Clougherty incorporates by reference her responses to paragraphs 78 through
17 84 as if fully stated herein.

18       103.    Ms. Clougherty incorporates by reference her responses to all prior allegations as
19 if fully stated herein.

20       104.    Ms. Clougherty admits that she told a professor at Stanford University in mid-
21 2014 that Mr. Lonsdale had sexually assaulted her. Ms. Clougherty denies the remaining
22 allegations in paragraph 104.

23       105.    Ms. Clougherty lacks sufficient knowledge or information to form a belief as to
24 the truth of the allegations in paragraph 105, and therefore denies them.

25       106.    Ms. Clougherty incorporates by reference her responses to paragraphs 78 through
26 84 as if fully stated herein.

27       107.    Ms. Clougherty incorporates by reference her responses to all prior allegations as
28 if fully stated herein.

108. Denied.

109. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 109, and therefore denies them.

110. Ms. Clougherty incorporates by reference her responses to paragraphs 78 through 84 as if fully stated herein.

111. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

112. Admitted.

113. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 113, and therefore denies them.

114. Ms. Clougherty incorporates by reference her responses to paragraphs 78 through 84 as if fully stated herein.

115. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

116. Admitted.

117. Admitted.

118. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

119. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

120. Admitted.

121. Admitted.

122. Admitted.

123. Admitted.

124. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

125. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

126. Ms. Clougherty admits that she told a professor at Stanford University in mid-2014 that Mr. Lonsdale had sexually assaulted her. Ms. Clougherty denies the remaining allegations in paragraph 126.

127. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 127, and therefore denies them.

128. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

129. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

130. Denied.

131. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 131, and therefore denies them.

132. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

133. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

134. Admitted.

135. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 135, and therefore denies them.

136. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

137. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to

the truth of the allegations in paragraph 154, and therefore denies them.

143. Denied.

144. Denied.

145. Ms. Clougherty incorporates by reference her responses to paragraphs 85 through 92 as if fully stated herein.

146. Ms. Clougherty incorporates by reference her responses to all prior allegations as if fully stated herein.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Ms. Clougherty lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 163, and therefore denies them.

152. Denied.

153. Denied.

The remaining paragraphs contain prayers for relief to which no response is required. To the extent a response is required, Ms. Clougherty denies that Mr. Lonsdale is entitled to any relief.

**FIRST AFFIRMATIVE DEFENSE**

Mr. Lonsdale has failed to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Mr. Lonsdale's claims are barred in whole or in part by the statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

Mr. Lonsdale's claims are barred in whole or in part by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

Mr. Lonsdale's claims are barred in whole or in part by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

Mr. Lonsdale's claims are barred in whole or in part by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

Mr. Lonsdale has failed to state a claim upon which punitive damages may be awarded.

## SEVENTH AFFIRMATIVE DEFENSE

Mr. Lonsdale has failed to state a claim upon which attorneys' fees and costs may be awarded.

## PRAYER

WHEREFORE, Plaintiff and Counter-Defendant prays for relief as follows:

1. That Defendant and Counterclaimant take nothing by way of his Second Amended Counterclaims;

2. The Defendant and Counterclaimant's Second Amended Counterclaims be dismissed with prejudice and that judgment be entered against Defendant and Counterclaimant on each and every alleged claim;

3. For costs of suit, including attorneys' fees, incurred herein; and

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: June 19, 2015  THE LIU LAW FIRM, P.C.

By:  /s/ *Jennifer L. Liu*
Jennifer L. Liu
*Attorney for Plaintiff and Counter-Defendant*

## JURY DEMAND

Plaintiff and Counter-Defendant Elise Clougherty hereby demands a jury trial on all issues contained herein.

Respectfully submitted,

Dated: June 19, 2015

THE LIU LAW FIRM, P.C.

By: /s/ *Jennifer L. Liu*
Jennifer L. Liu
*Attorney for Plaintiff and Counter-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, this document was filed through the CM/ECF system and will be sent by email to all parties registered on the CM/ECF system and able to accept electronic filing. A copy of this document will be served by U.S. mail to any parties who are not served through the CM/ECF system.

/s/ Jennifer L. Liu
Jennifer L. Liu