UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELISE CLOUGHERTY,<br><br>    Plaintiff and Counter-Defendant,<br><br>  v.<br><br>JOSEPH LONSDALE,<br><br>    Defendant and Counterclaimant. | Case No. 3:15-cv-00382-WHA<br><br>**JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS AND DEFENDANT'S COUNTERCLAIMS WITH PREJUDICE AND TERMINATING ACTION** |
| JOSEPH LONSDALE,<br><br>    Counterclaimant and Defendant,<br><br>  v.<br><br>ELISE CLOUGHERTY,<br><br>    Counter-Defendant and Plaintiff. | |

TO THE HONORABLE WILLIAM H. ALSUP AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Plaintiff and Defendant hereby stipulate and agree that Plaintiff Elise Clougherty's claims and Defendant Joseph Lonsdale's counterclaims in the above-captioned lawsuit shall be and hereby are dismissed with prejudice and that the above-captioned action be terminated in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs, expenses, and attorneys' fees.

Dated: November 2, 2015

By: /s/ Orin Snyder
Orin Snyder (admitted *pro hac vice*)
Laura O'Boyle (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel.: 212.351.2400
Fax: 212.351.6335

Emily C. Aldridge (SBN 299236)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105
Tel.: 415.393.8234
Fax: 415.374.8402

Kristen Dumont (SBN 191554)
LAW OFFICES OF KRISTEN DUMONT
PO Box 138
1325 Howard Avenue
Burlingame, California 94010
Tel.: 650.799.4397

*Attorneys for Defendant and Counterclaimant Joseph Lonsdale*

Dated: November 2, 2015

By: /s/ Jennifer Lin Liu
Jennifer Lin Liu
THE LIU LAW FIRM, P.C.
324 Day Street
San Francisco, California 94131
Tel.:  415.896.4260
Fax:  415.231.0011

John C. Clune
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, Colorado 80302
Tel.:  303.442.6514
Fax:  303.442.6593

L. Lin Wood
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Tel.:  404.891.1402
Fax:  404.506.9111

*Attorneys for Plaintiff and Counter-Defendant Elise Clougherty*

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this stipulation has been obtained from each of the other Signatories to this filing, as that term is defined in Civil Local Rule 5-1(i).

Dated: November 2, 2015

By: /s/ Emily C. Aldridge
Emily C. Aldridge (SBN 299236)
ealdridge@gibsondunn.com

*Attorney for Defendant and Counterclaimant Joseph Lonsdale*